```
1                        Ng - People - Cross              847

2           A    Yes.

3           Q    Do you know what time you got to the second

4     location?

5           A    Approximately about 6:30, around that time,

6     6:20.

7           Q    And that was the home of Emily Liu?

8           A    Yes, correct.   That's her family's apartment.

9           Q    Beside for Miss Liu?

10          A    Yes.

11          Q    Were you saying something?

12          A    No, just in my mouth --

13          Q    Besides for Miss Liu was anyone else there

14    who were police officers?

15          A    I don't understand your question.

16          Q    Well, Miss Liu was there?

17          A    Yes.

18          Q    Anyone else in the house?

19          A    Anyone in the house?

20          Q    In the apartment whatever.

21          A    You talking about police or?

22          Q    Were there any civilians?

23          A    Well, they have relatives there, yes.

24          Q    Were there any police there?

25          A    Yes, other detectives there, yes.
```

1                       Ng - People - Cross              848

2          Q     Do you know the names of any of the

3    detectives who were there?

4          A     Yes, Detective Tom Ernest.

5          Q     Were there any detectives there at that time

6    when you got there who spoke Chinese?

7          A     Yes.

8          Q     Who was that?

9          A     The detective from 5th Squad, Detective Frank

10   Lee (phonetic).

11         Q     Was Mr. Liu Guo Bang at that apartment when

12   you were there?

13         A     Mr. Liu -- not that I remember.

14         Q     And how long did you stay at that apartment?

15         A     Well, I was staying there from approximately,

16   like I say 6 o'clock, to pretty much early morning

17   around, around about 12:30, 0030 hours, like 12:30, I

18   could say.  Approximately six hours.

19         Q     And you left the apartment at 12:30?

20         A     Approximately that time.  I cannot remember

21   exactly what time.

22         Q     Was Emily Liu at the apartment the entire

23   time with you?

24         A     No.

25         Q     Did there come a time she left?

1                          Ng - People - Cross                    849.

2          A     She left, yes.

3          Q     What time was that; if you know?

4          A     I could say she left around 11:00 something,

5     a little bit off 10:00 or 11:00.

6          Q     You didn't go with her, did you?

7          A     No.

8          Q     And you remained in the apartment.   Were

9     there any more phone calls after that to the apartment?

10         A     Yes.

11         Q     And did you pick up the phone?

12         A     No, I didn't pick up phone.

13         Q     Did any other family members pick up the

14    phone?

15         A     No.

16         Q     In other words, the phone just rang and then

17    they hung up?

18         A     No, we didn't pick up the phone.

19         Q     Well, the phone rang.   After a while the

20    phone stopped ringing?

21         A     Yes.

22         Q     And you said from 6 o'clock to 11 o'clock

23    there were ten phone calls?

24         A     I said approximately.   I don't know exactly.

25    It was a lot of phone calls come in, yes.

2        Q    And at any time did you mark down what the

3   phone calls were, you know, write down verbatim what was

4   said?

5        A    Yes.  I just -- we do, yes, write down little

6   bits -- talk to Detective Tom (phonetic) -- on the book,

7   you know, the logs, telephone logs.

8        Q    When you left at approximately 12:30 where

9   did you go?

10       A    I returned to the 1 PP, 1 Police Plaza,

11  headquarters Major Case Squad office.

12       Q    And at that time did you see my client Hai

13  Zheng?

14       A    Not right away.

15       Q    Can you tell the members of the jury what

16  time was the first time you saw Hai Zheng?

17       A    I could say -- I cannot remember exactly what

18  time.

19       Q    Approximately.

20       A    Approximately about 1:00, 1:00 a.m. in the

21  morning, April 2, 1995.

22       Q    At that time did you speak to him?

23       A    Yes, I spoke to him.  Yes.

24       Q    Were other detectives around when you spoke

25  to him?

Case 1:16-cv-01166-RJD   Document 8-9   Filed 11/30/16   Page 5 of 157 PageID #: 1333

1

2        A      Excuse me?

3        Q      Were other detectives around?  Were other

4    detectives there?

5        A      Well, I cannot remember exactly how many

6    detectives.  There was a lot of people.  This is major

7    operations.

8        Q      Were there other detectives there when you

9    spoke to him; yes or no?

10       A      Well, I only spoke to take pedigree

11   information.

12       Q      Did any other detective ask you to get that

13   information?

14       A      Yes, it's like -- yes.

15       Q      Do you know who that detective was?

16       A      Well, there was a few of them.  Detective

17   Greene is one of them.  Some other detectives you know.

18       Q      And where was it that you spoke to him?

19       A      He was in the, in the squad room, the Major

20   Cases squad room, you know, like wide open area.

21       Q      Was he handcuffed?

22       A      Yes.

23       Q      Did you see him having anything to eat or

24   drink while you were there?

25       A      No.

1

2          Q    You said that you took -- the statement was

3     timed at 6:15 in the morning?

4          A    Yes.  When I started -- yes, I started 6:15.

5          Q    That would be approximately five hours later,

6     from 1 o'clock to 6 o'clock?

7               THE COURT:  Now you're a mathematician.

8          A    Yes.

9          Q    For the next five hours did you see my

10    client?

11         A    On and off, yes.

12         Q    Did you ever see him eating anything?

13         A    I didn't watch him all the time.  I was

14    interviewing other people, other persons.

15         Q    Prior to 6:15 did you have occasion to

16    interview Liu Jin Hao?

17         A    Yes.

18         Q    And did you take any notes or memorandum

19    during that interview?

20         A    Yes, I did.

21         Q    You did?

22         A    It was -- make sure same person.  We talk

23    about pretty close name.

24         Q    Liu Jin Hao.

25         A    Yes.

1

2      Q    Did you mark anything down?

3      A    Yes.  Yeah, I did same thing.  I -- he

4   offered a statement to me.  I took the statement.

5      Q    Who did I just ask you if you interviewed.

6      A    Excuse me?

7      Q    Who did I just ask you if you interviewed?

8      A    Qin.

9      Q    Withdrawn.

10          MR. SCHECTER:  Can the court reporter

11          read back the name of the person I asked you

12          if you interviewed.

13          THE COURT:  You may do that.

14          (The court reporter read back the name,

15          Liu Jin Hao.)

16      A    Okay.  I'm sorry, I make mistake.  I didn't

17   interview Liu Jin Hao in the morning.  I make a mistake.

18   I'm sorry.  That's why I make sure the same person we

19   talking about.

20      Q    Did you ever speak to Liu Yan Wu that

21   morning?

22      A    No.

23      Q    Well, let me ask you this.  Were you ever

24   told what either of those two females stated prior to

25   speaking to Hai Zheng?

2      A      I don't understand.  What is the question?

3      Q      Did you have any conversation -- not with the

4   two females -- but with any other detective about what

5   they said occurred -- prior to speaking to Hai Zheng?

6      A      No, it was just very brief.  No, it was very

7   brief.  That's all.

8      Q      Well, prior to speaking to Hai Zheng did you

9   know what the two females said occurred?

10      A      No, I don't.  I didn't know what they, they

11   said.  Only I was informed they were sex abuse.

12      Q      Who informed you of that?

13      A      One of the detectives.

14      Q      Okay.  Did he inform you anything else about

15   what they said?

16      A      No.

17      Q      That was just it?

18      A      Just they were -- I was informed they were

19   raped.

20      Q      Do you remember which detective told you

21   that?

22      A      I believe it's, if I remember correctly,

23   Detective Greene, you know and you know --

24      Q      Did any detective ask you or tell you to

25   speak to Hai Zheng?

1                        Ng - People - Cross              854

2           A    I don't understand.  What is the question?

3           Q    Did you have any conversation -- not with the

4    two females -- but with any other detective about what

5    they said occurred -- prior to speaking to Hai Zheng?

6           A    No, it was just very brief.  No, it was very

7    brief.  That's all.

8           Q    Well, prior to speaking to Hai Zheng did you

9    know what the two females said occurred?

10          A    No, I don't.  I didn't know what they, they

11   said.  Only I was informed they were sex abuse.

12          Q    Who informed you of that?

13          A    One of the detectives.

14          Q    Okay.  Did he inform you anything else about

15   what they said?

16          A    No.

17          Q    That was just it?

18          A    Just they were -- I was informed they were

19   raped.

20          Q    Do you remember which detective told you

21   that?

22          A    I believe it's, if I remember correctly,

23   Detective Greene, you know and you know --

24          Q    Did any detective ask you or tell you to

25   speak to Hai Zheng?

```
 1                     Ng - People - Cross              855

 2         A    Yes.

 3         Q    Who was that?

 4         A    It was we was under the direction of the

 5    supervisor.  From Sergeant Hines I interviewed

 6    Mr. Zheng.

 7         Q    Did Detective Greene tell you to interview --

 8                   MR. KESSLER:  Objection.

 9         A    No.

10                   THE COURT:  I'm sorry?

11                   THE WITNESS:  It was objection.

12                   MR. KESSLER:  He indicated the witness

13              who told him.  I objected to him specifically

14              saying, well, did this person, Detective

15              Greene --

16                   THE COURT:  I'm allowing it.  Overruled.

17         A    No, he did not, didn't tell me.

18         Q    Now, when you spoke to Hai Zheng was any

19    other detective present when you spoke to him?

20         A    No.

21         Q    Where did you speak to him?

22         A    I spoke to him -- I speak to him in the

23    interview room in the -- excuse me -- Major Case Squad's

24    office.

25         Q    Was he handcuffed?
```

1                          Ng - People - Cross                    856

2          A       No -- I believe I have to take off handcuffs,

3     yes.

4          Q       Are you sure you took off his handcuffs?

5          A       I'm sure.

6          Q       Now, you said you first advised him of his

7     rights in Chinese and English?

8          A       Yes.

9          Q       Did you ever ask him how long he had been in

10    the United States?

11         A       No.

12         Q       Did you ask him where he was originally from?

13         A       No, I didn't ask.

14         Q       Now, when you advised him of his rights did

15    he understand them?

16         A       Yes, he understand them perfectly.

17         Q       He understood them perfectly?

18         A       Yes.

19         Q       He didn't ask you any questions about them?

20         A       No.  He got a chance to read it, initial it.

21    After read them in Chinese, English, I turn around, let

22    him read it, understand it.  I make sure he understand

23    what he is signing for, yes.

24         Q       Detective Ng, were you born in the United

25    States?

1

2          A     No.

3          Q     Were you born in China?

4          A     Yes, I born in China.

5          Q     How old were you when you first came to the

6     United States?

7          A     Well, I was 16.

8          Q     So did you feel -- had you gone to school in

9     China?

10         A     Yes, I get a -- well --

11         Q     Education?

12         A     Education.  Nine years over there.

13         Q     In China do they have anything similar to our

14    Miranda warnings?

15               MR. KESSLER:  Objection.

16               THE COURT:  Sustained.

17         Q     Now, after you advised him of his rights you

18    said he made a statement?

19         A     Yes.

20         Q     And am I correct in saying -- did you write

21    down everything he told you?

22         A     Yes.

23         Q     You didn't leave anything out at any time?

24         A     Except the part he said he -- except the part

25    he says -- I asked him a question, did you rape -- sex

```
1                        Ng - People - Cross          858

2     intercourse with the female.  He denied it, no.

3         Q     Did you write that down in the statement?

4         A     No, I didn't because -- except the one thing

5     I told you.  He said the -- he said the person made the

6     phone call outside, you know.

7         Q     Did you write that down?

8         A     No, I didn't write it down.

9         Q     Did you know how many people totally were

10    involved in -- withdrawn.

11          When you spoke to Liu Guo Bang did he tell you how

12    many people there were involved?

13                    THE COURT:  Involved in what?

14                    MR. SCHECTER:  Involved in this

15                incident.

16                    THE COURT:  At what point?  Please,

17                there is no question before this witness.

18                Specify what you're talking about.

19        Q     Prior to speaking to Hai Zheng, had you been

20    advised how many different people had been seen by the

21    females between March 31st and April 2nd?

22        A     How many people?  I'm trying to understand

23    your question.  That is --

24                    THE COURT:  Rephrase the question.

25        Q     Did any of the detectives tell you how many
```

1

2          A      In the statement he didn't say -- he didn't

3     say they were raped.  That's why I didn't put in the

4     statement.

5          Q      He never said the two females were raped; am

6     I correct?

7          A      He said -- I asked him, do you rape the two

8     females?  He said, no.  So he didn't -- he say, no.

9     That's why the statement not including, because does not

10    say he rape the women.

11         Q      You don't think that would be important to

12    get put in the statement if you were getting his side of

13    the story, if you ask him if the two females were raped?

14               MR. KESSLER:  Objection.

15               THE COURT:  Sustained.

16         Q      When did you ask him if he had raped the two

17    females?

18         A      When?

19         Q      When.

20         A      When the verbal statement --

21         Q      No, was that after he finished the statement?

22    Was that at the beginning?

23         A      Well, during -- after he told me the story in

24    the verbally, then I asked him, do you ever rape the

25    women?  He say, no, I didn't.

1                          Ng – People – Cross              870

2          Q    But you never marked that down that he stated

3     that he never --

4                    THE COURT:  Sustained.  It's been asked

5               and answered.

6                    MR. KESSLER:  Objection.

7          Q    Was there anything else you asked him that

8     you didn't write down?

9                    MR. KESSLER:  Objection.  Asked and

10               answered as well.

11                   THE COURT:  Overruled.

12         A    Asked, no.  He mumble himself, but he talking

13    to himself.

14         Q    Well, did you ask him anything else about the

15    incident that you knew that he denied?

16         A    Well, just the rape part.  He denied it.  He

17    denied he rape the woman.  I didn't put it down.  He

18    said he didn't do it, so.

19         Q    Did he say anything else you didn't write

20    down in the statement?

21         A    Yes.

22         Q    What was that?

23         A    He mumble himself.  He said, I don't believe

24    the family set me up.  I treat them very nice.  And I

25    suppose they -- intitially charge $15,000.  Because the

2   family poor, no money.  And I have been nice to them and

3   I lower down the price to $7,500.  Keep talking to

4   himself.  I don't believe they is set me up.  I too nice

5   to them.  They set me up, he mumbled.  I didn't wrote

6   down the statement.

7       Q   Did you ever ask him about that?

8       A   Well, later on I do.

9       Q   That's what he said?

10      A   No, he mumble himself.

11      Q   But you never wrote that down?

12      A   No, he mumble himself on that.

13      Q   But, but you were able to overhear him saying

14  he was nice to the family, the price had been reduced?

15      A   Yes, the price had been reduced.  The price I

16  offer them, I don't believe they call the police.  They

17  set me up, get me in trouble, blah, blah, blah, such and

18  such on.

19      Q   You never wrote that down?

20      A   I didn't write it down.

21      Q   Is there anything else he said, mumbling or

22  in response to your question, that you didn't write

23  down?

24      A   No.

25      Q   When you were questioning -- withdrawn.

| | Proceedings | 877 |

1
2   been harmed, and that harm can never be
3   undone because of it.  So I'm asking that the
4   indictment be dismissed.
5           In conjunction with that, one of his
6   DD5s that I have been provided -- not the
7   handwritten copy, but all typed copies of one
8   of them, of the witnesses -- is it Jin Hao
9   Liu -- one of the two females he took a
10  three-page -- he prepared a three-page
11  typewritten document./ I have only been given
12  pages 1 and 2, your Honor.  I believe this is
13  also a clear violation of the Rosario rule.
14  And as such, either his testimony should be
15  stricken, or that as such, your Honor, the
16  indictment should be dismissed.  That's my
17  first application.
18          THE COURT:  You want to respond to that?
19          MR. KESSLER:  Just basically, your Honor
20  will have an opportunity to take a look at
21  the page that is missing.  The detective
22  indicated the notes he took were put down and
23  in sum and substance, were his DD5s.  While
24  we agree there is missing Rosario, this Court
25  has a variety of sanctions it can impose.

Proceedings                                    878

1

2      We'd ask this Court impose the following

3      sanction based upon the missing Rosario

4      though.  The Court instruct the jury that he

5      became aware during the testimony there was

6      missing paperwork by this police officer.

7      Therefore, they can draw negative inference

8      based upon that paperwork.  I think it would

9      be to an extreme to start dismissing the

10     defendant, allowing him to be released based

11     upon a detective's failure to have a small

12     portion of his paperwork.  Maybe if you look

13     at it in total --

14            THE COURT:  Your motion to dismiss the

15     indictment is denied, but I will impose

16     sanctions that are appropriate.

17            MR. SCHECTER:  Your Honor, my second

18     application would be to strike the testimony

19     of Thomas Hickey, the serologist in this

20     matter.  Your Honor, Mr. Hickey's testimony

21     was subject to connection concerning the rape

22     kits that have never been introduced into

23     evidence.  They were just marked for

24     identification.

25            THE COURT:  They have never been

1                          Proceedings                    879

2          introduced into evidence.

3                You want to be heard?

4                MR. SCHECTER:  I ask his testimony be

5          stricken in view of the fact he testified

6          about materials not in evidence.

7                MR. KESSLER:  Judge, again, there is no

8          requirement that anything he talked about has

9          to be introduced into evidence.  There are

10         swabs and things in that kit there is no need

11         for this jury to examine.  The connection was

12         made based on three witnesses, the women who

13         testified they went to the hospital.  The

14         doctor who examined them said he did the kit,

15         took their underwear, put it in the kit.  And

16         lastly, the police officer who indicated he

17         went to the hospital, took the kit and

18         delivered it to the serologist, Mr. Hickey,

19         who performed certain tests.  There is no

20         requirement I introduce what he saw or did.

21               Defense counsel wants to put on experts

22         talking about what they did with this,

23         whatever the case may be, fine.  This is

24         beyond the province of the jury.  They can't

25         see semen.  They can't examine slides, nor am

```
1                    Proceedings              880
2         I required to put in slides.  The evidence
3         was here.  I marked it to show the connection
4         that was being made.  And he testified as to
5         the steps he took.  Just like we don't have
6         the water or water tank for the detective who
7         fired the gun into the water.  He talked
8         about what he did, the steps he took, what
9         his results were, what he saw.  That's it.
10             THE COURT:  There doesn't have to be
11        some chain of custody, getting the stuff from
12        the hospital to him?
13             MR. KESSLER:  Yes.  I had Detective
14        Greene testify.  He said he went to downtown
15        New York Hospital, picked up the Vitulo kits,
16        differed them personally to serology in a
17        sealed container.
18             THE COURT:  There was no description by
19        Detective Greene as to whether they were
20        sealed.
21             MR. KESSLER:  The doctor indicated he
22        sealed the kits.
23             THE COURT:  But did he get a sealed kit?
24             MR. SCHECTER:  We don't know if it's the
25        same kit that was taken.  I can't examine it,
```

| | Proceedings | 883 |
|---|---|---|

2    because we have never been given a copy of

3    the new indictment.  You gave one copy for

4    both of us.  We were never given a copy of

5    the new indictment.

6         MR. KESSLER:  The 16th count, your

7    Honor, is again the crime of sexual abuse in

8    the first degree by touching her vagina with

9    his penis.  So again, I'm going to dismiss

10    that count as well.  And the 17th -- and the

11    17th count is sexual abuse in the first

12    degree, contact by touching her breast with

13    his hand.  That's also in the 15th count.  So

14    I'm talking again, Judge, the old count -- I

15    have just been handed the new indictment.  So

16    with regard to that, I'm going to dismiss the

17    old 19th count.  If you want, your Honor, I

18    will discuss it now.  I guess I have the new

19    indictment in terms of the new counts.

20         THE COURT:  Do it based --

21         MR. KESSLER:  On the new counts.

22         THE COURT:  We don't have a copy of that

23    in the court papers.  That should be a court

24    exhibit and given to counsel.  That should be

25    made a court exhibit.

1                              Proceedings                    884

2              Step up for a minute, both of you.

3              (Sidebar discussion off the record.)

4              THE COURT:  The defendant has indicated

5         he is going to put in a case.  I'm going to

6         dismiss the jurors, do this while the jurors

7         are out.

8              Work with the amended indictment.

9              MR. SCHECTER:  Your Honor, you just

10        going to tell them to come back 10:30?

11             THE COURT:  I'm going to tell them we

12        have a lot of legal matters to discuss

13        because the People have rested.  We are going

14        to do that today and tomorrow morning, early

15        morning.

16             (The jury entered the courtroom.)

17             THE CLERK:  Case on trial continued.

18        Let the record reflect all parties are

19        present.  Defendant is present.  Defense

20        attorney is present.  Official Mandarin

21        Interpreter, Assistant District Attorney, 12

22        regular jurors, four alternate jurors, all

23        present and properly seated.

24             Both sides waive the formal reading?

25             MR. KESSLER:  So waived.

Proceedings                    885

MR. SCHECTER:  So waived.

THE COURT:  Ladies and gentlemen, as you
heard, the People have rested.  There are
many legal matters we have to iron out before
we can proceed further with the case.  So I'm
going to recess now until tomorrow morning at
10:30.  Don't discuss the case among
yourselves or with anyone else.  Don't let
anybody else discuss the case in your
presence.  Don't visit any of the locations
you have heard about in the course of the
trial.  The court officer will tell you where
to report tomorrow morning at 10:30, and have
a nice evening.

(The jury left the courtroom.)

THE COURT:  The jurors have left.  Do
you want to make your motions?

MR. SCHECTER:  Whatever your Honor's
pleasure is.

THE COURT:  You work it out.

MR. SCHECTER:  You want to do it
tomorrow morning?

THE COURT:  Let's see what he is
dismissing first.

1

2      MR. KESSLER:  Judge, what I'm dismissing

3  is as to the new indictment.

4      THE COURT:  The amended indictment.

5      MR. KESSLER:  The amended indictment.

6      THE COURT:  As agreed upon by both

7  parties, let's make the record clear on that.

8      MR. KESSLER:  5th and 6th count, which

9  is kidnapping in the first degree with intent

10  to accomplish and advance the commission of a

11  felony.  I'm also dismissing the 12th count

12  of the new indictment, which is sexual abuse

13  in the first degree, sexual contact by

14  touching her vagina with his penis.

15      MR. SCHECTER:  Who is the complainant on

16  that?

17      MR. KESSLER:  The complainant on that is

18  Liu Yan Wu as to the 12th count.  I'm also

19  dismissing the 14th count, which is sexual

20  abuse in the first degree, which is sexual

21  contact by touching her vagina with his

22  penis, with the victim Jin Hao Liu.

23      Those are the counts I'm dismissing.

24      THE COURT:  That's the 5th and 6th, the

25  12th and the 14th.

Case 1:16-cv-01166-RJD  Document 8-9  Filed 11/30/16  Page 25 of 157 PageID #: 1353

1

2          MR. KESSLER:  Correct.

3          MR. SCHECTER:  So I assume there will be

4     another amending of the indictment, of the

5     numbers, your Honor, that --

6          THE COURT:  Rearrange the numbers also.

7     I need a copy of that for the record.

8          MR. KESSLER:  A copy of this indictment.

9          THE COURT:  Okay.  How many counts do we

10    have, 12?

11         MR. SCHECTER:  Your Honor, what I would

12    just ask tomorrow we be given a copy of the

13    new amended --

14         THE COURT:  Make copies for both

15    counsel.

16         If you want to make your motions --

17         MR. SCHECTER:  It will take me about 10

18    minutes.  You want me to wait till tomorrow?

19         THE COURT:  Then get here 10 o'clock.

20         The trial is recessed till 10 o'clock

21    tomorrow morning.

22         *    *    *    *    *

23

24

25

1

2     SUPREME COURT OF THE STATE OF NEW YORK
      COUNTY OF QUEENS:  CRIMINAL TERM:  PART K-
3     ------------------------------------------x

4     THE PEOPLE OF THE STATE OF NEW YORK      In
                                               No.
5                    -against-
                                               KIDNAP1
6     HAI GUANG ZHENG,
                                               Trial
7                              Defendant.

8     ------------------------------------------x

9                         July 2, 1996
                          125-01 Queens Boulevard
10                        Kew Gardens, NY  11415

11    B E F O R E:

12         HONORABLE STANLEY B. KATZ,

13                    Justice, and a jury

14    A P P E A R A N C E S:

15         (Same appearances as previously noted.)

16                         DEBRA DUNN
                           Official Court Reporter
17         -----------------------------

18              THE CLERK:  This is page 2, indictment

19         3282 of '95, Hai Guang Zheng.  Case on trial

20         continues.

21              THE COURT:  Bring out the defendant,

22         please.

23              (The defendant entered the courtroom.)

24              THE CLERK:  Counsel, your appearance,

25         please.

1                    Proceedings              889

2              MR. SCHECTER: For Hai Guang Zheng,

3        Donald Schecter, 10 Cutter Mill Road, Great

4        Neck, New York.

5              THE CLERK: People?

6              MR. KESSLER: Scott Kessler for the

7        People of the State of New York.

8              THE INTERPRETER: Mandarin interpreter

9        Li Wan.

10             THE CLERK: Let the record reflect the

11       presence of the defendant.

12             You are Hai Guang Zheng?

13             THE DEFENDANT: Yes.

14             THE CLERK: Mr. Schecter is your

15       attorney?

16             THE DEFENDANT: Yes.

17             MR. SCHECTER: Your Honor, I believe we

18       were up to the stage when we broke yesterday

19       that the People had rested and I had made

20       certain applications. Before I make my

21       motions at the end of the People's case, I

22       would ask your Honor if your Honor has had an

23       opportunity to determine and make any rulings

24       on those requests.

25             THE COURT: Repeat what applications you

1                    Proceedings                    890

2     want me to rule on.

3          MR. SCHECTER:  Well, your Honor, the

4     first application was for a dismissal of the

5     indictment.

6          THE COURT:  Well, I denied that.

7          MR. SCHECTER:  For sanctions against the

8     People because of Detective Michael Greene,

9     one, not having page three of a typewritten

10    DD5 where he interviewed Liu Yan Wu -- excuse

11    me, withdrawn -- Jin Hao Liu, your Honor,

12    where there was a three-page typewritten DD5.

13         THE COURT:  I'm aware of that.

14         MR. SCHECTER:  Then also that he did not

15    have any of the handwritten notes for his

16    interviews with Liu Yan Wu and Jin Hao Liu.

17         Has your Honor made any determination?

18         THE COURT:  Yes.  I will impose sanction

19    which I will advise you of prior to your --

20         MR. SCHECTER:  Summation.

21         THE COURT:  -- summing up.

22         MR. SCHECTER:  And also I would ask -- I

23    believe Mr. Hickey's testimony should be

24    stricken because the People never put into

25    evidence the serological --

1          Proceedings                891

2          THE COURT:  That's denied.  But you may

3     comment on anything you wish within reason

4     concerning his testimony.

5          MR. SCHECTER:  Are you denying my

6     application to strike his testimony?

7          THE COURT:  Yes.

8          MR. SCHECTER:  I'm excepting to that

9     ruling.

10         THE COURT:  That goes to the weight of

11    his testimony.

12         MR. SCHECTER:  Your Honor, as to my

13    motion at the end of the People's case, I

14    will move under the 1st count of the

15    indictment to dismiss, as the People have

16    failed to make out a prima facie case to show

17    that Liu Yan Wu was abducted between March

18    31st and April 2nd with intent to compel a

19    third person to pay or deliver property or

20    ransom.

21         I believe the testimony, as such has

22    come out, has failed to show my client was

23    part and parcel of such evidence.  The

24    evidence was legally sufficient --

25         THE COURT:  That's denied.

1              Proceedings              892

2              MR. SCHECTER:  As to the 2nd count, I

3         would make the same application, but as to

4         Jin Hao Liu.

5              THE COURT:  That's denied.

6              MR. SCHECTER:  As to the 3rd count, your

7         Honor, which is kidnapping in the first

8         degree, I believe the People have failed to

9         sustain their burden and shown a prima facie

10        case that between March 31st and April 2nd

11        Liu Yan Wu that was restrained for a period

12        of more than 12 hours with intent to violate

13        and abuse her sexually.  I believe the

14        testimony was insufficient to show that my

15        client specifically had anything to do with

16        the restraining of her and the sexually

17        abusing of her.

18             THE COURT:  That's denied.

19             MR. SCHECTER:  As to the 4th count, I

20        make the same application, but just as to Jin

21        Hao Liu.

22             THE COURT:  That's denied.

23             MR. SCHECTER:  As to the 5th count, your

24        Honor, I would move that the People failed to

25        sustain their burden of kidnapping in the

1                    Proceedings              893

2         first degree that the defendant, aided by

3         another, between March 31, 1995 and April 2,

4         1995, abducted Liu Yan Wu and restrained Liu

5         Yan Wu for a period of more than 12 hours

6         with intent to terrorize her.  I believe the

7         testimony was insufficient to show there was

8         any terrorizing going on and that it was part

9         and parcel of the restraining of Liu Yan Wu

10        for a period of --

11             THE COURT:  I believe there is adequate

12        proof to give that to the jury --

13             MR. SCHECTER:  Your Honor --

14             THE COURT:  -- all of those counts.

15             MR. SCHECTER:  As to the 6th count, I

16        would make the same argument, but just where

17        Liu Yan Wu was I would say that as to Jin Hao

18        Liu.

19             THE COURT:  That's denied also for the

20        same reason.

21             MR. SCHECTER:  The 7th count, rape in

22        the first degree, I believe the testimony was

23        insufficient to show that my client engaged

24        in sexual intercourse with Liu Yan Wu by

25        means of forcible compulsion, your Honor.  I

1                         Proceedings                   894

2          believe there was no testimony to show there

3          was any force used or that there was sexual

4          intercourse with her.  The testimony --

5          nothing was introduced as to anything

6          serological was introduced into evidence of

7          the rape kit, never introduced into evidence.

8          I believe as such the evidence was

9          insufficient that --

10              THE COURT:  That's denied.

11              MR. SCHECTER:  As to the 8th count, I

12         substitute Jin Hao Liu's name for that.

13              THE COURT:  That's denied also.

14              MR. SCHECTER:  As to the 9th count, your

15         Honor, I believe the evidence was

16         insufficient to show that my client took part

17         in the kidnapping of Guo Bang Liu, as to

18         kidnapping in the second degree.  I believe

19         the evidence was insufficient to show that,

20         from the testimony and the description, that

21         my client had anything to do with the

22         kidnapping of Guo Bang Liu.

23              THE COURT:  That's denied.

24              MR. SCHECTER:  As to the 10th count,

25         your Honor, the sexual abuse in the first

1                    Proceedings                895

2        degree, I believe the testimony was

3        insufficient to show my client between March

4        31st and April 2nd subjected Liu Yan Wu to

5        sexual contact by touching her breast with

6        his hand.  I believe the evidence was

7        insufficient to show that.

8                THE COURT:  That's denied also.

9                MR. SCHECTER:  As to the 11th count,

10       your Honor, I would just substitute Jin Hao

11       Liu for that.

12               THE COURT:  Likewise, that's denied.

13               MR. SCHECTER:  As to the final count,

14       your Honor, I don't believe the testimony was

15       sufficient for criminal possession of a

16       weapon in the second degree with intent to

17       use unlawfully against another.  I don't

18       believe there's been any testimony that

19       between March 31st and April 2nd my client

20       possessed a gun, a loaded firearm which was

21       operable, with intent to use unlawfully

22       against another.  The only weapon that was

23       introduced here, your Honor, was never

24       connected to my client, as neither one of the

25       females ever said -- either they didn't see

|   |   |   |
|---|---|---|
| 1 | Proceedings | 896 |

2      the weapon -- during their testimony here

3      that was the same gun that was used during

4      the course of the kidnapping.  There's been

5      no testimony from them and any police officer

6      that -- there was no weapon -- they were

7      shown a weapon right after the police spoke

8      to them to show this was the weapon that was

9      used.  In that sense, your Honor, there was

10     no testimony linking my client to a loaded

11     operable weapon.

12          THE COURT:  That's denied.  I believe

13     there is sufficient evidence.

14          MR. SCHECTER:  Excepting to all the

15     rulings.

16          THE COURT:  Other than that, you ready

17     to proceed?

18          MR. SCHECTER:  Yes.

19          THE COURT:  Are you putting on a case?

20          MR. SCHECTER:  Yes.

21          THE COURT:  All right.  Bring the jury

22     in.

23          (The jury entered the courtroom.)

24          THE CLERK:  Case on trial continues.

25     The defendant is seated in the courtroom with

1          Zheng - Defendant - Direct        897
2          defense counsel and the interpreter.  The
3          A.D.A. is present.  The jury is seated in the
4          jury box.
5               Counsel waive the reading of the roll
6          call?
7               MR. SCHECTER:  So waived.
8               MR. KESSLER:  So waived.
9               THE COURT:  Good morning, ladies and
10         gentlemen.  We will now hear the defendant's
11         case.  You may call --
12              MR. SCHECTER:  Good morning.
13              Good morning, your Honor.  Your Honor,
14         at this time Hai Guang Zheng will take the
15         witness stand in his own defense.
16   H A I   G U A N G   Z H E N G, the defendant
17         testifying on his own behalf, after
18         having been first duly sworn, took the
19         witness stand and testified as follows:
20              MR. SCHECTER:  Mr. Interpreter, would
21         you step back so the jurors can see him.
22              Step back further.
23   DIRECT EXAMINATION
24   BY MR. SCHECTER:
25         Q    Hai, I'm going to ask you questions from

1                    Zheng - Defendant - Direct          898

2    here, and I would ask both you and the interpreter speak

3    loud enough so that I can hear your answers.  If you

4    don't understand anything I ask you, just say you don't

5    understand and I'll repeat the question or rephrase it.

6    Okay.

7              How old are you?

8         A    27.

9         Q    Where were you born?

10        A    China.

11        Q    What part of China?

12        A    Fu Chow.

13        Q    Do you have any relatives of yours that still

14   live in China?

15        A    Parents.

16        Q    And do they live in the same town where you

17   came from?

18        A    Right.

19        Q    Do you speak English?

20        A    No.

21        Q    Do you write English?

22        A    No.

23        Q    Do you read English?

24        A    No.

25        Q    What language do you speak?

```
 1                        Zheng - Defendant - Direct           899

 2          A      Mandarin.

 3          Q      Now Hai, when did you come to the United

 4   States?

 5          A      '92.

 6          Q      And did you have to pay money to come to the

 7   United States?

 8          A      Right.

 9          Q      How much did you have to pay for your trip to

10   come to the United States?

11          A      30,000.

12          Q      And did you pay that entire amount when you

13   came to the United States?

14          A      I paid 18,000 and I still owe 12,000.

15          Q      Now, who do you owe $12,000 to?

16          A      A snakehead.

17          Q      Can you describe to the jury what a snakehead

18   is?

19          A      Okay.  A snakehead is somebody who sponsors

20   and helps me to illegally immigrate to America.  His

21   name is Ak (phonetic) Guan, G-U-A-N.

22          Q      Does he know where your family lives in

23   China?

24                        MR. KESSLER:  Objection.

25                        THE COURT:  Sustained.
```

1                          Zheng - Defendant - Direct              900

2          Q    Is that person in the United States or is he

3    in China?

4          A    In America.

5          Q    And do you owe him any money?

6          A    Yes.  Still owe 12,000.

7          Q    Now, on March 31st of 1995 did you speak to

8    Ak Guan (phonetic)?

9          A    Yes.

10         Q    And did you call him or did he call you?

11         A    He called me.

12         Q    And did he ask you to do something?

13         A    He asked me to go to the airport to pick up a

14   friend.

15         Q    Did anyone go with you to the airport?

16         A    No.

17         Q    Did there come a time that you were at the

18   airport that you met someone?

19         A    Ak Guan was waiting for me at the airport.

20         Q    And what happened when you met Ak Guan at the

21   airport?

22         A    Okay.  Ak Guan get into -- got in my car, and

23   for a short while.  He said, how come my friends got

24   into the other car?

25         Q    Then what happened?

1                    Zheng - Defendant - Direct          901

2       A       Okay.  Then he asked me to get to that car,

3    see what happened.  Then he asked me to get to the car

4    and see what happened.

5       Q       Did you do that?

6       A       Yes.

7       Q       Then what happened?

8       A       Then he asked me to remain inside and he went

9    out.

10      Q       Where did he go?

11      A       Okay.  He went to the car that we stopped.

12      Q       Did you ever get out of the car?

13      A       After a while I went out and asked the driver

14   what happened.

15      Q       Where was --

16              THE COURT:  What driver are you talking

17              about?

18              THE WITNESS:  I went out to ask for the

19              other driver.

20      Q       Where was Ak Guan at this time?

21      A       Ak Guan was at the back of the car and get

22   out the three guys, three persons.

23      Q       He asked -- what did Ak Guan ask?

24      A       Could you rephrase it?

25      Q       Did anyone get out of the other car?

```
1                    Zheng - Defendant - Direct          902

2         A    Yes.

3         Q    How many people got out of the other car?

4         A    Three person.

5         Q    Were they all male, all female, or was there

6    a mixture?

7         A    One male, two female.

8         Q    And at that time while you were outside of

9    your car, did you have any conversation with any of

1C   those three people?

11        A    No.

12        Q    Did you have any gun with you?  Did you have

13   a gun with you on March 31st?

14        A    No.

15        Q    Did Ak Guan have a gun with him?

16        A    Seems that he has a gun at that time.

17        Q    Now, did those three people get into your

18   car?

19        A    Yes.

20        Q    Did you then get back in the car and start

21   driving away?

22                   MR. KESSLER:  Judge, again, he's been

23              leading the witness a little bit.

24                   THE COURT:  I would suggest you stop

25              leading the witness.
```

```
 1                    Zheng - Defendant - Direct          903

 2        Q    After the three people got in the car, what

 3   happened?

 4        A    Ak Guan asked me, asked me to drive away.

 5        Q    Did you have any conversation with the three

 6   people that were in the car after he drove away?

 7        A    No.

 8        Q    Did Ak Guan have any conversation with the

 9   three people?

10        A    Okay.  I remember he seemed to, to have

11   spoken to them just a few sentences, but I don't recall,

12   remember what he said to them.

13        Q    Did there come a time that you stopped the

14   car?

15        A    Yes.

16        Q    What happened when you stopped the car?

17        A    Okay.  While, when I stopped the car, Ak Guan

18   asked a man to get out.

19        Q    Did you give that man anything?

20        A    Okay.  I gave him two quarters.

21        Q    After the man got out of the car, did you

22   start driving again?

23        A    Yeah.  Ak Guan asked me to drive away.

24        Q    Did you know where you were going at that

25   time?
```

2       A     No.

3       Q     Were you told to go somewhere?

4       A     Later on he told me to drive to a avenue, a

5    sort of a hundred or something.  I don't recall,

6    remember.

7       Q     Did you drive there?

8       A     Yes.

9       Q     And had you ever been in that place before?

10      A     No.

11      Q     Did you live there?

12      A     No.

13      Q     Did you have a key to that place?

14      A     No.

15      Q     How did you get into that place?

16      A     Ak Guan brought us inside.

17      Q     Did there come a time did Ak Guan go into the

18   apartment with you?

19      A     Yes.

20      Q     And did there come a time that Ak Guan left

21   the apartment?

22      A     Yes.

23      Q     Now, prior to his leaving the apartment, did

24   you have a conversation with Ak Guan about the two

25   females?

2     A    Yes.

3     Q    What was that conversation?

4     A    Ak Guan asked me to ask for money from the

5 family members.

6     Q    And what did you tell him at that time?

7     A    At that time I didn't give any consent, but

8 he said, if you don't agree I will kill your family

9 members in China.  And you still owe me money.  I will

10 send you back to China.

11     Q    Are you afraid of Ak Guan?

12     A    Yes.

13     Q    Have you ever seen what Ak Guan has done to

14 other people who have disobeyed him?

15     A    Okay.  He speak to Ye Guan (phonetic) in very

16 rough manner.  And I know that Ye Guan -- I also know

17 Qin Zheng also very afraid of him.

18     Q    Did there come a time Ak Guan left the

19 apartment?

20     A    Yes.

21     Q    How much money did Ak Guan ask you to ask the

22 family for?

23     A    I remember it was 20,000.

24     Q    Was that 20,000 total or was that for each of

25 the two females?

```
1                    Zheng - Defendant - Direct          906

2        A      For two.

3        Q      For two of them?  For each?

4        A      For two females.

5        Q      Did there come a time eventually on April 1st

6    when you had a conversation with the family of the two

7    females?

8        A      Okay.  Well, I really called them, but on the

9    second day.  But I don't remember who -- the person I

10   was talking to.

11       Q      During that second day were you -- did you

12   have any conversations with Ak Guan?

13       A      Yes.

14       Q      And how many different times did you speak to

15   Ak Guan on April 1st, if you can tell the members of the

16   jury?

17       A      Okay, about two or three times.  Ak Guan

18   sometimes called back and sometimes he came to visit.

19       Q      Now, were you afraid for your family if you

20   didn't do what Ak Guan told you to do?

21                    MR. KESSLER:  I object again.  He

22                    appears to be leading the witness with a yes

23                    or no answer.

24                    THE COURT:  Sustained as to the form of

25                    the question.
```

```
1                      Zheng - Defendant - Direct          907

2          Q     What would have happened if you didn't do

3     what Ak Guan told you to do?

4                      MR. KESSLER:  Objection, calls for

5                 speculation.

6                      THE COURT:  Sustained.

7          Q     Did there come a time that you had asked the

8     person on the other side of the phone for money?

9          A     Yes.

10         Q     How much -- the first time you asked the

11    other person for money, how much was that?  How much did

12    you ask for?

13         A     Seems at first Ak Guan asked me to ask for --

14                     THE COURT:  How much did you ask for is

15                the question.

16         A     20,000.

17         Q     And did there come a time that that amount

18    was reduced?  Did there come a time that you asked for

19    less money?

20         A     Later on Ak Guan asked me to reduce to 15 --

21                     THE COURT:  The question is, how much

22                did he ask for, the reduced amount?

23                     MR. SCHECTER:  Well, your Honor --

24                     THE COURT:  Respond to the question.

25         A     15,000.
```

Case 1:16-cv-01166-RJD Document 8-9 Filed 11/30/16 Page 46 of 157 PageID #: 1374

1

2      Q      Is that for each one or was that for both of

3      them?

4      A      Both.

5      Q      Were you the person who decided to reduce the

6      price?

7      A      No, it was Ak Guan who decided.

8      Q      And there was an address of 217 Henry Street

9      where the money was to be delivered; is that correct?

10                     MR. KESSLER:  Judge, again I --

11                     THE COURT:  Sustained as to the form of

12              the question.

13      Q      Do you know where the money was -- where the

14      $15,000 was to be taken to?

15      A      Yes.

16      Q      What was that address?

17      A      It was Henry Street.

18      Q      Do you know the number on Henry Street?

19      A      It's about 20 -- 200 and something.

20      Q      Something on Henry Street?

21      A      Yes.

22      Q      Do you have -- do you have any friends or

23      relatives who live at that address on Henry Street?

24      A      No.

25      Q      How was it determined that the money was to

```
 1                      Zheng - Defendant - Direct           909

 2    be delivered to that address?

 3         A    It was Ak Guan who decided.

 4         Q    And did he tell you, you have to speak to the

 5    person and deliver the money to that address?

 6                   MR. KESSLER:  Judge, again I'd ask to

 7              stop leading the witness.

 8                   THE COURT:  Sustained.  Please don't

 9              lead the witness any further.

10         Q    Did you tell the people -- withdrawn.

11    Now, on April 2nd were you arrested?

12         A    Yes.

13         Q    And who was in the car with you when you were

14    arrested?

15         A    In all we have four.

16         Q    Were the two females in the car?

17         A    Yes.

18         Q    And where were you going at that time?

19         A    I was planning to send them back home.

20         Q    And after you were arrested -- withdrawn.

21    While you were at the apartment with the females,

22    did you ever hit either of the two females?

23         A    No.

24         Q    Did you ever kick any of the females?

25         A    No.
```

1

2      Q      Did you ever threaten any of the females?

3      A      No.

4      Q      After you were arrested, where were you

5      taken?

6      A      Police precinct.

7      Q      Do you know where that was?

8      A      I don't know the exact location.

9      Q      And did you have anything to eat or drink

10     while you were at the police precinct?  How were you

11     treated while you were at the police precinct?

12     A      Okay.  After the lineup I was beaten by the

13     cops.

14     Q      How were you beaten?

15     A      After the lineup I just pass by the door.  A

16     cop hit me with iron bucket.

17     Q      How many times were you struck by the police

18     that day?

19     A      While I was doing their statement I was also

20     beaten.

21     Q      Was that by the police officer who was in

22     here yesterday?

23     A      He insulted me.  Another guy, another cop,

24     come in and beat me.

25     Q      How did he insult you?

```
 1                        Zheng - Defendant - Direct           911

 2           A     He said, why did you kidnap and rape the

 3      women?

 4           Q     Now, what did you tell him?

 5                      THE COURT:  Tell who?  Tell that person

 6                 who insulted you?

 7                      MR. SCHECTER:  I will withdraw that

 8                 question.

 9           Q     The person who insulted you, was that that

10      Chinese detective who testified yesterday?

11           A     Yes.

12           Q     What did you tell that person?

13           A     He asked me why I kidnap the two women and

14      rape them.

15           Q     And what did you tell him?

16           A     I said I didn't.

17           Q     You didn't what?

18           A     I didn't rape them.

19           Q     What did you tell him when he asked you why

20      you kidnapped them?

21           A     I, I told him that I really don't know what

22      happened because, because --

23           Q     Did you ever give -- did you ever tell that

24      detective this long statement that he says -- withdrawn.

25                      MR. SCHECTER:  Can I see People's 12.
```

```
1                    Zheng - Defendant - Direct        912
2                     (Shown to defense counsel.)
3         Q    How long did you speak to that Chinese
4    detective?
5         A    He just asked me how old --
6                    THE COURT:  No, the question is how long
7                    did he speak to him.
8         A    Not very long.
9         Q    Was he writing while you were speaking to
10   him?
11        A    I just remember when I was speaking he was
12   writing.  I didn't speak much.  He wrote, seemed to
13   wrote -- seemed to write a lot.
14        Q    Did he ask you to sign something?
15        A    Yes.
16        Q    Were you able --
17                   MR. SCHECTER:  Show him B, C, and D.
18                   THE COURT:  Let the record show the
19                   witness is being shown People's 12-B, C, and
20                   D in evidence.
21        Q    Did you sign that?
22        A    He asked me to sign here.
23                   THE COURT:  The question is, did you
24                   sign it?
25        A    Yes.
```

| 1 | | Zheng — Defendant — Direct | 913 |

2    Q    Did anyone direct you to sign it?

3    A    Yes.

4    Q    Who was that --

5    A    That policeman, he asked me to write like

6    that.

7    Q    Were you able to read what you had signed?

8    A    No.

9    Q    Did he ever read it to you and then ask you

10    to sign?

11    A    He didn't read to me.

12    Q    And you said there was another police officer

13    in the room with him?

14    A    After he beat me, he left.

15    Q    When you say, he beat you, what did he do to

16    you?

17    A    Okay.  At that time the Chinese cop asked me

18    why did I kidnap the person.  I said I didn't.  Ak Guan

19    asked me --

20               THE COURT:  That's not responsive to the

21               question.  Please repeat the question.

22    Q    You said that that other police officer in

23    the room beat you.  What exactly did he do to you?

24    A    He just struck me on the left.

25    Q    Did he strike you with his hand or with a

1                         Zheng - Defendant - Direct          914

2     weapon?

3          A    With his hand.

4          Q    How many times were you struck?

5          A    He struck me on my stomach very heavily.

6          Q    How many times?

7          A    Once.

8          Q    Now, were you told what would happen if you

9     did not sign the statement?

10                    MR. KESSLER:   Objection.

11                    THE COURT:   Sustained as to the form of

12               the question.

13                    Don't lead the witness, please.

14         Q    Were you ever given anything to eat or drink

15    at the police station?

16         A    No.

17         Q    During the period between March 31st and

18    April 2nd of 1995 did you ever have sexual relations

19    with Liu Yan Wu?

20         A    No.

21         Q    During the period of March 31, 1995 and April

22    2, 1995 did you ever have sexual relations with Jin Hao

23    Liu?

24         A    No.

25         Q    During that time did you have any marks on

```
 1                      Zheng - Defendant - Direct          915

 2     your body?

 3          A     Okay.  I had a scar on my thigh and --

 4          Q     Where on your thigh?

 5                      MR. KESSLER:  Objection.

 6                      THE COURT:  Sustained.

 7          Q     Can you describe the mark?

 8                      MR. KESSLER:  Objection.

 9                      THE COURT:  Step up.

10                      (Sidebar discussion off the record.)

11          Q     How big was that scar on your leg?

12          A     It was not very deep.  Not big.  Like that

13     (indicating.)

14          Q     About --

15                      MR. KESSLER:  Judge --

16                      THE COURT:  Indicating about one inch.

17                      MR. KESSLER:  Can we have the witness

18                 use his hand rather than the interpreter's

19                 hand.  I can't see.

20                      MR. SCHECTER:  Ask him to put out his

21                 hand how --

22                      THE COURT:  Indicating about an inch and

23                 a half.

24          Q     Did you have any other marks or bruises on

25     your body?
```

Case 1:16-cv-01188-RJD Document 8-5 Filed 11/30/16 Page 54 of 157 PageID #: 1382

2      A      I had -- I have a birth mark near my genital

3 organs.

4      Q      Can you describe that birth mark?

5      A      It was dark, about two fingers' width.

6      Q      On any time between March 31, 1995 and April

7 2nd of 1995 did you ever rape Liu Yan Wu?

8                  MR. KESSLER:  Objection.  Asked and

9            answered.

10                  THE COURT:  Sustained.

11                  MR. SCHECTER:  Your Honor, that's

12            different than if he ever had sexual

13            relations.

14                  THE COURT:  If he didn't have sexual

15            relations, he didn't rape her.

16                  MR. SCHECTER:  Your Honor, I would just

17            ask two more questions.

18                  THE COURT:  Please go ahead.

19      Q      Between March 31, 1995 and April 2, 1995 did

20 you ever rape Liu Yan Wu?

21      A      No.

22      Q      Between the periods of March 31, 1995 and

23 April 2, 1995 did you ever rape Jin Hao Liu?

24      A      No.

25                  MR. SCHECTER:  Your Honor, I have no

1                    Zheng - Defendant - Cross              917

2              further questions.

3                    THE COURT:  Cross-examine.

4    CROSS EXAMINATION

5    BY MR. KESSLER:

6         Q    Did you between March 31, 1995 and April 2,

7    1995 hold these women so that a ransom could be paid for

8    their release; yes or no?

9         A    What time?

10        Q    Between March 31st and April 2, 1995 did you

11   hold these two women so that a ransom could be paid for

12   their release; yes or no?

13        A    Yes.

14        Q    Holding them with you was a man named Qin

15   Zheng; is that correct?

16        A    No.

17        Q    Was Qin Zheng in the apartment with you

18   between March 31st and April 2nd of 1995?

19        A    Yes.

20        Q    And were the two women in the apartment with

21   you?

22        A    Yes.

23        Q    And these two women, they weren't there

24   voluntarily, were they?

25                   MR. SCHECTER:  Objection to the term

1

2              "voluntarily."

3                   THE COURT:  Sustained.

4         Q    You held them there by force, correct?

5                   MR. SCHECTER:  Objection to the term --

6                   THE COURT:  Overruled.

7         A    No.

8         Q    They were free to go at any time they wanted?

9         A    That I don't know.

10        Q    Well, how long were they there in that

11   apartment; how many hours?

12        A    From that evening to the evening of the

13   second day.

14        Q    Did they look like they were having a good

15   time at all?

16                  MR. SCHECTER:  Objection.

17                  THE COURT:  Sustained.

18        Q    Were you guys partying at all?

19                  MR. SCHECTER:  Objection.

20                  THE COURT:  Overruled.

21                  MR. SCHECTER:  Your Honor, the term

22             "partying" --

23                  THE COURT:  Well, if he doesn't

24             understand, he will say he doesn't

25             understand.

1                          Zheng - Defendant - Cross            919

2          A     What is a party?

3          Q     Were you offering them drinks?  Were they

4     dancing with you?  Was everyone having a good time?

5          A     I give them food, but we didn't dance.  They

6     didn't mess around.

7          Q     Did they look like they were enjoying your

8     company at all?

9                         MR. SCHECTER:  Objection.

10                        THE COURT:  Sustained.

11         Q     Were you enjoying their company?

12                        MR. SCHECTER:  Objection.

13                        THE COURT:  Sustained.

14         Q     This man you mentioned, Ak Guan, he was the

15    man who was with you at the airport?

16         A     He went to the airport first.

17         Q     You met him at the airport?

18         A     Yes.

19         Q     He got into your car?

20         A     Yes.

21         Q     You were the driver?

22         A     Right.

23         Q     And he told you his friends accidentally got

24    into another car?

25         A     Yes.

1

2    Q    And he told you to follow that car?

3    A    Yes.

4    Q    Didn't you cut off that car so it couldn't go

5    anywhere?

6    A    He asked me to stop the car to see whether

7    his friend had any trouble on the other car.

8    Q    Well, did you flash your headlights at the

9    other car in order to make the other car stop?

10    A    I just turn on the right light, on the right

11    side.

12    Q    When you say, "the right light," you signaled

13    before you cut them off?

14    A    Yes.

15    Q    Did you ever honk your horn?

16    A    Yes.

17    Q    The car didn't stop?

18    A    It was very slow.

19    Q    Did you then cut your car in front of that

20    car; yes or no?

21    A    Yes.

22    Q    And at this point in time you thought it was

23    just Ak Guan trying to stop his friends?

24    A    Yes.

25    Q    Then you noticed Ak Guan get out of his car,

right -- out of your car?

A Yes.

Q And in fact, you later got out of your car?

A I saw that he talked to them a long time, so I just went to the driver to see what had happened.

Q Well, you noticed he had a gun on him, didn't you?

A I didn't see clearly. Seems like he had something on his hand.

MR. KESSLER: Well, can we show the witness very carefully the weapon that's been introduced at this trial --

THE COURT: People's 10.

MR. KESSLER: People's 10.

And from a distance.

MR. SCHECTER: Objection to the District Attorney's last comment.

THE COURT: Strike it. The jury will disregard. I'm sure the court officer will take security measures.

Q Do you see what I'm showing you?

A Yes.

Q What does that look like to you?

A It was a gun.

Case 1:16-cv-01166-RJD   Document 8-9   Filed 11/30/16   Page 60 of 157 PageID #: 1388

2          Q     Is that what Ak Guan looked like he had on

3   him when he left the car?

4                    MR. SCHECTER:   Objection.

5                    THE COURT:   Overruled.

6          A     He left the car very quickly.  And at that

7   time it was really dark and I just see he seem to have

8   something on his hand.

9          Q     Did it look like a gun to you?

10                   MR. SCHECTER:  Objection to what it

11                   looked like.

12                   THE COURT:   Overruled.

13         A     I cannot make sure.  He sit behind me.

14         Q     Well, when you got out of your car, you had a

15   gun too, didn't you?

16         A     No.

17         Q     In the apartment where the women were being

18   held, there was a gun there, wasn't there?

19         A     I cannot make sure.  I cannot remember that.

20         Q     You don't remember holding a gun to one of

21   the womens' heads at any point in time?

22                   MR. SCHECTER:   Objection, your Honor.

23                   Asked and answered.  The answer is he doesn't

24                   remember.

25                   THE COURT:   Overruled.  This is cross

1                    Zheng - Defendant - Cross              923

2            examination.

3        A    No, it's not correct.

4        Q    Do you remember something that looked like a

5   gun that may have been in the apartment during those two

6   days?

7                    MR. SCHECTER:  Objection.

8                    THE COURT:  Overruled.

9        A    It was a long time.  I really cannot recall

10  now.

11       Q    Now, you said that Ak Guan dropped one of the

12  people off at a location and you gave them quarters; is

13  that correct?

14       A    It seemed I did give him some quarters.  It

15  was a long time.  I cannot remember.

16       Q    You seemed to remember on direct examination

17  that you gave them quarters.  Was that also a long time

18  ago?

19                    MR. SCHECTER:  Objection to the

20                    question, your Honor.

21                    THE COURT:  Overruled.

22       A    At that time I answer the question it seems

23  to be in a hurry.  Now, upon second thought, I feel

24  it's, it's really vague.  My memory is really vague.  I

25  cannot remember exactly.

2      Q      Answer me this.   What percentage of your

3      testimony was actually accurate on direct examination?

4                      MR. SCHECTER:  Objection.

5                      THE COURT:  Sustained.

6      Q      Well, you said you weren't really clear on

7      some of your answers.  Was that the only answer, or were

8      there others on direct examination you weren't really

9      clear about?

10     A      What question?  You mean the question about

11     the quarters or the money, or what else?

12     Q      My question to you is simply I want to make

13     sure that your answers were accurate other than the

14     quarter answer.  Anything else Mr. Schecter asked you on

15     direct examination --

16                     MR. SCHECTER:  Objection, your Honor.

17                     Let him ask him specific --

18                     THE COURT:  You want him to go through

19                     all the testimony?

20                     MR. SCHECTER:  Whatever I wasn't --

21                     THE COURT:  Sustained then.  Go through

22                     the testimony.

23     Q      When you told him that Ak Guan was waiting at

24     the airport, was that accurate?

25     A      Yes.

```
 1                      Zheng - Defendant - Cross              925

 2           Q     When you told him on direct examination that

 3     Ak Guan said, if you didn't do what I say, I may kill

 4     your family in China, was that accurate?

 5                        MR. SCHECTER:  Objection to the term

 6                  "may."

 7                        THE COURT:  I don't know what the exact

 8                  testimony was.

 9                        MR. SCHECTER:  I will withdraw it.

10                        THE COURT:  You may answer the question.

11           A     Yes, if I didn't do as he told me, he will

12     kill -- he will kill my family in China and send me back

13     to China.

14           Q     And he said he would kill your family in

15     China on a future date; would that be fair to say?

16                        MR. SCHECTER:  Objection.

17                        THE COURT:  Sustained as to the form.

18           Q     Did you interpret what he said to mean if you

19     didn't do what he said, at a later time he would kill

20     your family?

21                        MR. SCHECTER:  Objection.

22                        THE COURT:  Overruled.

23           A     Yes, he said that.

24           Q     He also said that if you didn't do what he

25     wanted, at a later time he would send you back to China;
```

Case 1:16-cv-01166-RJD Document 8-9 Filed 11/30/16 Page 64 of 157 PageID #: 1392

2    is that correct?

3         A    Yes.

4         Q    So these were not immediate threats, but

5    threats in the future if you did not do what he wanted,

6    correct?

7                   MR. SCHECTER:  Objection, your Honor.

8                   THE COURT:  Sustained.  That's for the

9              jury to determine.

10        Q    When you were in the car with Ak Guan and the

11   three other people did you start to get the idea that

12   they weren't there voluntarily?

13                  MR. SCHECTER:  Objection.

14                  THE COURT:  Overruled.

15        A    I was concentrating on driving.  I really

16   didn't notice that.

17        Q    Did you notice when Ak Guan was demanding

18   their passports, or were you concentrating on driving at

19   that time?

20        A    Okay.  I was just driving.  I didn't notice,

21   didn't notice he take the passports.

22        Q    Did you give the man in the car who left

23   quarters, yes or no, if you recall right now?

24        A    It seems like I did.

25        Q    Do you recall why it seems like you gave this

1                    Zheng - Defendant - Cross            927

2    man quarters?

3                         MR. SCHECTER:  Objection.

4                         THE COURT:  Overruled.

5         A    Okay.  It seemed that Ak Guan asked me

6    whether I have quarters, if I can give them some.  I

7    don't remember exactly.

8                         THE COURT:  Wait a minute.  The witness

9                    just said something.  Would you translate.

10        A    I really don't remember what exactly

11   happened.

12        Q    Between March 31st and April 2nd of 1995 do

13   you have difficulty remembering details about the events

14   that took place that day?

15                        MR. SCHECTER:  Objection.

16                        THE COURT:  Overruled.

17        A    From the point, from now, or at that time?

18        Q    Between -- as you sit here now do you have

19   difficulty remembering the events that took place

20   between March 31st and April 2nd of 1995; yes or no?

21        A    It has been over a year.  A lot of details

22   been forgotten.

23        Q    Do you remember actually -- you also changed

24   your hair in the last year, haven't you?

25                        MR. SCHECTER:  Objection, your Honor.

```
1                    Zheng - Defendant - Cross            928

2              That calls for a conclusion.

3                   THE COURT:  Overruled.  He can answer

4              that.

5        A    I was in custody for long time.  I didn't

6   have my hair cut.

7        Q    Did you change your hair between March 31,

8   1995 and today, your hair style?

9        A    Yes.

10       Q    You also used to have a little bit of a

11  mustache and a goatee, didn't you, on March 31, 1995?

12       A    I cannot recall.

13                  MR. KESSLER:  Could you show the witness

14             People's -- I'm losing track of the numbers

15             and I apologize.

16                  THE COURT:  7 and 8.

17                  MR. SCHECTER:  Number 7, your Honor.

18                  MR. KESSLER:  Could I see it before we

19             show the witness.

20                  (Shown to A.D.A.)

21       Q    Can we show the witness number 7.  And I'll

22  ask him if that refreshes his memory as to the beard and

23  goatee.

24       A    Yes, it was like that.

25       Q    That's what you looked like on March 31,
```

1               Zheng - Defendant - Cross              929

2     1995?

3         A     Yes.

4         Q     And your hair used to be a little more

5     straight up then, didn't it?

6         A     Okay.  I remember -- seems I didn't have my

7     hair washed, or so the hair got stuck.

8         Q     Could you tell me when you got to this house

9     in Queens with the two women and Ak Guan, is it at this

10    point in time you start to get the idea these women are

11    about to be kidnapped?

12                    MR. SCHECTER:  Objection to the term

13              "kidnapped."

14                    THE COURT:  Sustained as to the form of

15              the question.

16        Q     Did there come a point in time when you

17    became aware that these women were not with you

18    voluntarily?

19                    MR. SCHECTER:  Objection to the term

20              "voluntarily."

21                    THE COURT:  Overruled.

22        A     At that time I didn't have such feeling, but

23    Ak Guan really told me that I would demand money from,

24    from their family.

25        Q     So the first time you got the feeling that

```
1                    Zheng - Defendant - Cross           930
2    these women were not here voluntarily is when Ak Guan
3    told you, I'm demanding money for them?
4         A    Well, when I was with him, or with them, I
5    really don't have such a feeling -- how to explain
6    that -- it was not like deeply sorrow, or not joy.
7         Q    Are you saying that you never really got the
8    idea they were being held against their will?
9                    MR. SCHECTER:  Objection to the term --
10                   THE COURT:  Overruled.
11        A    That I don't know.
12        Q    What specifically did Ak Guan tell you about
13   these two women -- when you were in the car with them?
14        A    On the car, no, he just asked me to drive.
15        Q    Did you see the women shaking in fear in the
16   back seat of this car that you were driving?
17                   MR. SCHECTER:  Objection.
18                   THE COURT:  Overruled.
19        A    No, I absolutely didn't see that.
20        Q    Did they ever in the car to you appear
21   frightened at all?
22        A    I was in the front.  I was driving.  I really
23   didn't see them.
24        Q    When you got out of the car and you're not
25   driving any more on the way into the house, did they
```

```
 1                          Zheng - Defendant - Cross              931
 2     appear to be frightened to you?
 3          A     Walking to the apartment?
 4          Q     Yes.
 5          A     I didn't have such feeling.
 6          Q     They didn't appear fearful.  Is what you're
 7     saying?
 8          A     I didn't notice.
 9          Q     When you got into the house, could you tell
10     us the specific instructions Ak Guan told you before he
11     left?
12          A     To the two woman?
13          Q     What to do with the two women.
14          A     He didn't say much to me.
15          Q     What did he say to you?
16          A     You mean the whole day or at that time, at
17     the particular point of time?
18          Q     The whole day.  What were your instructions
19     from Ak Guan exactly about the two women on that day?
20          A     He asked me to call their family for money,
21     and I asked why.  He said, don't ask why.  Just you do
22     as I you told you.  Otherwise I kill your family
23     members.
24          Q     Other than asking you to call his family for
25     money, did he give you any other instructions that day
```

Case 1:16-cv-01106-RJD   Document 8-9   Filed 11/30/16   Page 70 of 157 PageID #: 1398

2    before he left?

3         A    He told me that he is going to contact me the

4    second day and he would come.

5         Q    After he told you to call the family for

6    money, did you call the family for money?

7         A    That night I didn't call their family.   I

8    just made a call to a friend.

9         Q    When you spoke to this friend did you tell

10   this friend that you were being forced to kidnap these

11   two women against your will?

12        A    I told my friend that I really had a bad luck

13   tonight.  I was called up by Ak Guan to go to the

14   airport to pick up two women.  He asked me to report to

15   the police.  And I said I cannot.  If I do, I will die.

16        Q    So you told him you really had a bad luck

17   day?

18        A    Yeah.

19        Q    Now, you obviously had a phone down in this

20   apartment, correct?

21        A    The phone in the basement, it was not mine.

22        Q    Well, there's more than one phone in the

23   basement.  You had like three or four phones, didn't

24   you?

25        A    One -- one is mine.

1                          Zheng - Defendant - Cross          933

2            Q     My question is, weren't there three or four

3       phones down there, one being yours?

4            A     Yes.

5            Q     So did those phones work; to your knowledge?

6            A     Ak Guan told me, if you want to use the

7       phone, you can use the phone.

8            Q     Did you -- after Ak Guan told you to call the

9       family -- call the family before you ever spoke to Ak

10      Guan again, or after you spoke to Ak Guan again?

11           A     Okay.  On the second day after Ak Guan called

12      me -- after I had a conversation with Ak Guan I called

13      their family.

14           Q     The second time you speak to Ak Guan tell me

15      exactly what he told you your instructions were at that

16      point in time?

17           A     He asked me whether I called their family.

18           Q     And you told him no, right?

19           A     Right.

20           Q     What other instructions or anything did he

21      say to you during that conversation?

22           A     He was very angry and he asked me what

23      happened.  How come you didn't call their family?  He

24      seemed to be very much infuriated.

25           Q     What, if any, instructions did he give you

1

2    during that phone conversation you had with him?

3        A      He just asked me to call their family

4    demanding for money.

5        Q      Did he say anything else in terms of

6    instructions other than for you to call the family and

7    demand money?

8        A      Just told me that after I got the money, just

9    to send it to 200 something Henry Street.

10       Q      Other than say you must demand money, and

11   once you get the money to get to 217 Henry Street, were

12   there any other specific instructions he asked you to

13   do?

14       A      I don't know what specific instructions you

15   mean.  At that time the situation was very complicated

16   and a lot of things happened.

17       Q      How long was your conversation on the phone

18   at the time Ak Guan called you?

19       A      Almost was a couple of minutes.  For exact

20   how long, I really don't know.

21       Q      During that couple of minutes my question is,

22   simply tell me everything that he told you regarding

23   instructions other than to ask for money and have the

24   money delivered to 217 Henry Street.

25               MR. SCHECTER:  Objection, your Honor.  I

1                    Zheng - Defendant - Cross              935

2          believe it's been asked and answered.

3                    THE COURT:  Overruled.  It's cross

4          examination.

5          A     He called me several times.  Really don't

6     remember.

7          Q     Do you recall anything else after that first

8     phone call to the place you were at other than him

9     telling you to call and ask for money and ask to have

10    the money delivered to 217 Henry Street?  That first

11    phone call is the only one I'm talking about now.  Do

12    you recall anything else; yes or no?

13         A     I just call their family and told them that.

14         Q     Did he ever tell you how much money to ask

15    for, that first phone conversation you had?

16         A     20,000.

17         Q     Do you recall calling up the family after

18    that first phone conversation you had with Ak Guan?

19         A     Yes -- what did you say?

20         Q     After you spoke to Ak Guan and he gave you

21    those instructions, did you call the family like he

22    requested?

23         A     Yes.

24         Q     And during that phone conversation did you

25    say on the phone, now, I tell you last night we

1                  Zheng - Defendant - Cross          936

2     accompanied two of them, except originally there was

3     supposed to be four people.  But since they made a

4     mistake --

5                    MR. SCHECTER:  Your Honor, I'm

6                objecting.  He is reading from something not

7                in evidence.

8                    MR. KESSLER:  I'm asking a question.

9                    THE COURT:  Ask the question.

10                   MR. SCHECTER:  He is reading from

11               something not in evidence.

12                   MR. KESSLER:  I'm reading from my notes.

13                   THE COURT:  He can't ask a question by

14               reading something.  Overruled.

15      Q     I'm at the point now where he said, but they

16    made a mistake, so we ended up with these two.  Since it

17    already occurred, don't talk too much.  At the time we

18    want 30,000 for each person.

19          Did you call the family and say that to someone on

20    the other end?  Do you recall saying that?

21      A     Yes, but Ak Guan asked me to say that.

22      Q     Did you also say during that conversation --

23    when the woman said, 10,000 U.S. dollars each person --

24    correct, time is up.  You better hurry or else I will

25    sell or bury them.  That's it.

2         Did you say that to the woman on the other end of

3    the phone; do you recall that?

4         A     At that time Qin Guang Zheng said. Other

5    than one sentence I just imitated -- I just learned, you

6    know, from him.

7         Q     The question is, did you say that; yes or no?

8         A     I made a phone call, but as to specifically

9    what I said, seemed I said that.

10        Q     Before I go on, why don't you tell me what

11   other lines now Qin may have said to you during this

12   phone call that you had with the family; that you

13   recall?

14        A     Okay.  He said that Ak Guan sent him to watch

15   over me and that, asked me to make the phone call.

16        Q     Other than saying that, did Qin say anything

17   else to you before or during this first phone

18   conversation you had?

19        A     After a while Qin asked me to make another

20   call.

21        Q     Well, during this first phone conversation,

22   did Qin say anything else to you other than, I've been

23   here to watch you?

24        A     Okay.  He said, well, Ak Guan sent him over

25   too and asked me to cooperate with him.  Otherwise Ak

```
1                  Zheng - Defendant - Cross              938
2    Guan will kill me.

3         Q    Very simply, other than that did he say
4    anything else to you before or during your first phone
5    call; yes or no?  Just answer that yes or no.

6         A    Yes.                            

7         Q    What else did he say?

8         A    Just as I said, Ak Guan sent me over.  If you
9    don't cooperate with me, Ak Guan will kill you.

10        Q    You said that already.  Other than that, for
11   the last time, did he say anything else to you; yes or
12   no?

13                  MR. SCHECTER:  Your Honor, I'm going to
14              object.  It's been asked and answered.

15                  THE COURT:  Overruled.  He hasn't
16              answered the question.

17                  MR. SCHECTER:  He may not understand
18              because the language --

19                  THE COURT:  If he doesn't understand, he
20              will tell counsel he doesn't understand.

21        Q    The question again is, other than what you
22   said so far, did Qin say anything to you before or
23   during this phone conversation; yes or no?

24        A    Yes.

25        Q    What else?
```

2        A    Approaching that night, that evening, he gave

3   me a hundred dollars and asked me to go out to buy some

4   food.

5        Q    Did he give you any other instructions about

6   the women?

7                    MR. SCHECTER:  Your Honor, I'm going to

8                    object.  The question has been asked four

9                    times.  He's gotten four answers.  Whether

10                   there is a language communication, he's not

11                   going to get an answer whether or not that --

12                   THE COURT:  How do you know that?

13                   MR. SCHECTER:  It's four times asked.

14                   THE COURT:  Your objection is overruled.

15              I will let him probe.

16       Q    Did he give you any other instructions as to

17  the women, Mr. Qin Zheng --

18                   MR. SCHECTER:  When you talk about --

19       Q    -- between the time you were at the house

20  until the time and during the first phone call?

21       A    No.

22       Q    Did you also say during that phone call --

23                   THE COURT:  Is this the first phone

24                   call?

25                   MR. KESSLER:  First phone call.

1

2      Q      When the woman on the other end asked you

3    when she should give you the money --

4                MR. SCHECTER:  Well, your Honor, I'm

5                going to object.  We don't know what the

6                woman on the other end --

7                THE COURT:  Sustained as to the form of

8                the question.

9      Q      Did the other woman say --

10                MR. SCHECTER:  I'm going to object.  It

11                would be hearsay, whatever she said.

12                THE COURT:  This is his conversation

13                with the woman.

14                MR. SCHECTER:  We don't know that.

15                There's been nothing introduced into

16                evidence.  He is assuming --

17                THE COURT:  He already said he had a

18                conversation.  Your objection is overruled.

19                MR. SCHECTER:  Respectfully except.

20                THE COURT:  Glad it's respectful.

21      Q      Did the woman say to you on the phone, oh,

22    yes.  I understand you.  When do I give it to you?  And

23    your response being, one or two days.

24      A      At that time I really said a lot.  I don't

25    remember exactly what I said.

2          Q     Do you recall at the end of the conversation,

3     the first phone call, saying to the woman on the other

4     end, correct, but don't be wise yourself.  Otherwise, we

5     will kill them.

6          Do you recall saying that at the end of the first

7     conversation?

8          A     First phone call?

9          Q     The first phone call you had.

10         A     I don't remember exactly whether I said that,

11    or Qin Guang said that, or Qin Guang asked me to say

12    that.

13         Q     How many phone calls did you make to a woman

14    regarding these two women that were in the apartment?

15         A     I don't remember.

16         Q     Would it be fair to say there were about 9 or

17    10 phone calls by you to --

18                    MR. SCHECTER:  Objection.

19         Q     -- this home regarding the women?

20                    MR. SCHECTER:  Your Honor, I'm going to

21               object.  He says he didn't remember.

22                    THE COURT:  He hasn't answered that

23               question.  Overruled.

24         A     That I cannot recall.

25         Q     Would you recall there being close to five or

1
2    six phone calls?

3                    MR. SCHECTER:  Objection, your Honor.

4                    THE COURT:  Overruled.

5        A    At that night I really call several, I made

6    several calls to her and also couple of calls to my

7    friends.

8        Q    Did you ever see the other person who was in

9    the apartment or hear the other person in the apartment

10   make any phone calls to the woman you spoke to first?

11                   THE COURT:  Let's get an answer to that.

12       A    What time you mean?

13       Q    My question is, at any point in time while

14   you were at the apartment did you make all the phone

15   calls regarding the women, or did Qin make some of the

16   phone calls regarding the women?

17                   MR. SCHECTER:  Your Honor, I'm going to

18                   object.  If someone made phone calls outside

19                   of his --

20                   THE COURT:  Well, rephrase the question.

21       Q    You said during the phone calls you had, Qin

22   was there, correct?

23       A    Yes.

24       Q    And he was telling you things before or

25   during these phone calls, correct?

1                    Zheng - Defendant - Cross                943

2          A      Yes.

3          Q      Did you ever hear Qin talk on the phone about

4    a ransom, or did he always just tell you what to say?

5          A      He told me.

6          Q      So you were the one, your voice was -- on

7    your voice they were using -- strike that.

8          You were the one making the calls regarding the

9    ransom to your knowledge?

10         A      Okay.  I made several calls, but I really

11   don't know what somebody else made phone, made phone

12   calls or what.

13         Q      But you never overheard anyone else on the

14   phone about the ransom?

15         A      No.

16         Q      Now, you made a second call to the woman

17   regarding the ransom; is that correct?

18         A      Yes.

19         Q      Before you made the second call did you have

20   any other conversations with Ak Guan?

21                    MR. SCHECTER:  Your Honor, I'm going to

22                    object.  What time are we talking about?

23                    MR. KESSLER:  Between the first phone

24                    call and the second call did he have any

25                    conversations with Ak Guan?

```
1                    Zheng - Defendant - Cross          944

2                    THE COURT:  Does that clarify it for

3            you?

4                    MR. SCHECTER:  Yes.

5        A    Okay.  As far as I recall, after I made the

6    first call Ak Guan came to the apartment.

7        Q    Did Ak Guan give you any specific

8    instructions on what to do regarding these two women

9    when he came to the apartment?

10       A    He said he suffered a great financial loss

11   because several people supposed to be coming last night,

12   but they missed.  They disappeared, so he asked me to

13   get, get their family, get their money.

14       Q    Did he give you any other instructions other

15   than to get their family and get their money?

16       A    This question -- could I just go back and

17   think over for a night and answer that to you tomorrow?

18   Cause it's a long time and I really cannot recall.

19                   THE COURT:  What was that?  I'm sorry.

20                   THE INTERPRETER:  He demanded, he wants

21           to go back in the prison and think over for a

22           night whether he can recall.

23                   MR. SCHECTER:  Your Honor, I would ask

24           that be stricken.

25                   THE COURT:  Strike that.
```

1

2          Q     I will ask my question again.  Other than Ak

3    Guan telling you to demand money from his family, did he

4    give you any other specific instructions when he came

5    over to the house the second time?

6          A     No, he didn't.  No, he didn't say anything.

7          Q     Between the first phone conversation and your

8    second phone conversation about the money, did Qin Zheng

9    give you any specific instructions regarding the women?

10         A     From the first time, first call to the second

11   call, Qin, yes, he said something to me.

12         Q     What did he say to you regarding the women or

13   the ransom?

14         A     Could I just answer as much as I can recall?

15         Q     What do you recall him telling you between

16   the first phone conversation and the second phone

17   conversation about the women or the ransom?

18         A     At first seems like to get there to Market

19   Street other -- then they change their mind to the Henry

20   Street.

21         Q     Regarding the phone call you were going to be

22   making, did they give you any specific instructions on

23   what to do or say during that phone call?

24         A     Yes.

25         Q     Other than ask for the money, what other

1                    Zheng - Defendant - Cross          946

2      instructions did they give you, either Ak Guan or Qin

3      Zheng?

4           A     Okay.  They told me to ask them to put the

5      money in the plastic bag and deliver it to Henry Street.

6           Q     Who told you that?

7           A     One of them, but I really don't remember who.

8           Q     Any other instructions did they give you

9      before you made the second phone call?

10                    MR. SCHECTER:  Objection, your Honor.

11                    It's been asked and answered.

12                    THE COURT:  Overruled.

13          A     Seems nothing.

14          Q     Now, when you were making that second phone

15     conversation do you recall putting one of the women on

16     the phone to speak to the other woman on the other end?

17          A     Yes.

18          Q     And that was your you idea, because no one

19     told you to do that, did they?

20          A     When I was making a phone call, it was in

21     Qin's room.  He was there.

22          Q     My question is, that was your idea to put the

23     other woman on the phone --

24                    MR. SCHECTER:  Objection.

25          Q     -- is that correct?

1

2                        MR. SCHECTER:  He just answered that it

3              was Qin's idea.

4                        THE COURT:  No, he said he was in Qin's

5              room.  Objection is overruled.  And I suggest

6              you don't do that, Mr. Schecter.

7         A    No.

8         Q    So, no, meaning it was your idea to put the

9    other woman on the phone?

10                       MR. SCHECTER:  Objection, your Honor.

11                       MR. KESSLER:  I don't know what "no"

12             means.

13                       THE COURT:  Sustained.

14                       MR. SCHECTER:  There is no question.

15        A    It was not my idea.

16        Q    Whose idea was it?

17        A    Qin Guang Zheng.  Qin Zheng suggested she had

18   to speak on the phone.

19        Q    Before I go any further, is there anything

20   else that Qin Guang told you before or during this

21   conversation regarding instructions on the second phone

22   call?

23                       MR. SCHECTER:  Objection.

24                       THE COURT:  Objection is overruled.

25        A    Just that he just said Ak Guan sent him over

1                    Zheng - Defendant - Cross          948

2    and asked me to cooperate with him.

3         Q      Other than that was there any specific

4    instructions given to you on the second phone

5    conversation other than what you mentioned so far?

6         A      Seems like nothing else, but I cannot recall.

7         Q      Do you recall during your second phone

8    conversation saying, correct, time is up.  You better

9    hurry or else I will sell or bury them.  That's it.

10        A      I only remember at that time Qin Guang pushed

11   me.  He said just, hurry up, hurry up, hurry up, to hang

12   up the phone.  But as to what details I said, I cannot

13   recall now.

14        Q      Do you recall towards the end of the second

15   phone conversation saying, now don't play any foolish

16   games.  If you do anything foolish I have another person

17   over here and we will kill them, right.

18        Do you recall saying that towards the end of the

19   second phone conversation to the woman on the other end?

20        A      It was a long time.  It's over a year.  I

21   cannot really recall.

22        Q      If I played tape recording of the

23   conversation to you, would that refresh your memory as

24   to whether or not you said that?

25                    MR. SCHECTER:  Objection, your Honor.

```
1                    Zheng - Defendant - Cross              949

2                    THE COURT:  Overruled.

3        A    Possibly.

4                    MR. KESSLER:  Your Honor, then I would

5        ask for a small recess so I can get the

6        equipment with regard to refreshing the

7        witness's memory.

8                    THE COURT:  Let's take a recess to 2

9        o'clock.

10                   Don't discuss the case among yourselves

11       or with anyone else.  Don't let anyone else

12       discuss the case in your presence.  Report to

13       where the court officer tells you to report

14       at 2 o'clock.  Have a nice lunch.

15                   (The jury left the courtroom.)

16                   THE COURT:  2 o'clock.

17                   (A lunch recess was taken.)

18                   THE CLERK:  Case on trial, calendar 7.

19       3282 of '95, Hai Guang Zheng.  Defendant is

20       present.  Defense attorney is present.

21       People are present.  Official Mandarin

22       interpreter is present.

23                   (The jury is not present.)

24                   MR. SCHECTER:  Good afternoon, your

25       Honor.
```

```
 1                  Zheng - Defendant - Cross          950
 2             THE COURT:  Do we have all the
 3      appearances, please.
 4             MR. SCHECTER:  For the defendant, Donald
 5      Schecter.
 6             MR. KESSLER:  Scott Kessler for the
 7      People of the State of New York.
 8             THE CLERK:  Let the record reflect the
 9      presence of an interpreter.
10             Your name, please.
11             THE INTERPRETER:  Ye Wan.
12             THE COURT:  You're still on the witness
13      stand.  Step up.
14             MR. KESSLER:  Judge, what I thought we
15      could do is -- the tape is in Mandarin
16      Chinese.  Obviously the jury doesn't
17      understand anything on the tape.  I don't
18      think it's required the jury have to hear the
19      tape.  I would just ask if the defendant
20      could be played the portion of the tape I'm
21      referring.
22             THE COURT:  Well, you asked him a
23      question.  You asked him whether or not
24      playing the tape would refresh his
25      recollection.  He said it might.
```

1           Zheng – Defendant – Cross        951

2           Do you have any objection to this

3 procedure, Mr. Schecter?

4           MR. SCHECTER:  Being listened to outside

5 the presence of the jury, absolutely not.

6           THE COURT:  You may proceed.

7           And Mr. Zheng, you're still under oath.

8 Do you understand that?

9           I think you ought to state for the

10 record what this is.

11           MR. KESSLER:  Judge, this is a copy of

12 the tape recordings that were recorded on the

13 victims' family's phone.  I had a translator

14 translate them into English for me, so I was

15 able to question somebody about them.  They

16 are in Mandarin Chinese.  The problem, your

17 Honor, I may need the court interpreter's

18 help in order to locate the phrase and the

19 sentence that I used on the tape.  I believe

20 he is all ready listen to the tapes at a

21 later time and knows pretty what the tapes

22 are about.

23           THE COURT:  You mean at a prior time?

24           MR. KESSLER:  At a prior time.  Did I

25 say later?  If it's possible -- if it's

```
 1                    Zheng - Defendant - Cross          952

 2          possible, could I have the phrase I used read

 3          back to me as to the statement I made?

 4               (The court reporter read back the last

 5          question.)

 6               THE COURT:  I hope after this we can

 7          expedite this matter.

 8               MR. KESSLER:  All set.  I found the

 9          statement on the tape, your Honor.

10               THE COURT:  You want to put it over here

11          somewhere.  You can step around.

12               Let the record show outside the presence

13          of the jury we found the place on the tape

14          recording which purportedly states what the

15          question was, that question asked to the

16          witness which he said he couldn't remember,

17          meaning the defendant.

18               MR. SCHECTER:  Can you just tell him

19          that.

20               THE COURT:  The witness has indicated

21          this might refresh his recollection as to

22          whether or not he made the statement asked of

23          him by the District Attorney.  And we are now

24          going to play that statement.

25               MR. KESSLER:  It's right on the
```

1               Zheng - Defendant - Cross      953

2               statement.  Should I move up behind it a

3               little bit, or go right to it.

4                     THE COURT:  It's your exhibit.  I know

5               you have to turn it up a little bit.

6                     (The tape was played.)

7                     MR. SCHECTER:  Now, if it doesn't

8               refresh his recollection --

9       Q     My question to you then is, after hearing

10    that, does that refresh your recollection as to the fact

11    that you said --

12                  MR. SCHECTER:  Whatever he said.  He

13               listened to the tape.

14       Q     -- as to what you said to the woman, meaning,

15    don't play any foolish games.  If you do anything

16    foolish, I have another person over there.  And we will

17    tell them, right.

18                THE COURT:  Does that refresh your

19               recollection?

20       A     Seems I said that.

21       Q     Seems it does, okay.

22                 MR. SCHECTER:  No, your Honor.  I'm

23               objecting to that.  He said -- it seems he

24               said that.  The question was --

25               THE COURT:  But he's been using that

1          Zheng - Defendant - Cross          954

2      term during his whole entire testimony.

3              MR. KESSLER:  I would ask this be before

4      the jury, that it is no need --

5              MR. SCHECTER:  It does because --

6              THE COURT:  It's for the jury to

7      determine whether or not by that statement he

8      is acknowledging that refreshes his

9      recollection.

10             MR. SCHECTER:  I would ask the answer be

11     stricken.  It's not responsive.  He says that

12     that refreshes his recollection.  Either it

13     does or does not.

14             THE COURT:  I'm ruling that he says it

15     seems so that refreshes his recollection

16     based upon his previous testimony, which he

17     seems to use the term "seem" all the time.

18             Bring the jurors in.

19  A    But I cannot make certain.

20             MR. SCHECTER:  Your Honor, for the

21     record I'm objecting to this line of

22     questioning on that point.

23             THE COURT:  What is the objection?

24             MR. SCHECTER:  Your Honor, his answer

25     was not responsive to the question.

1       Zheng - Defendant - Cross        955

2              THE COURT:  Well, I'm ruling it was

3       responsive.  That's for the jury to

4       determine.

5              (The jury entered the courtroom.)

6              THE CLERK:  All jurors are present.

7              Counsel, you waive a more formal reading

8       of the jury attendance?

9              MR. KESSLER:  So waived.

10             MR. SCHECTER:  So waived.

11             THE COURT:  Let the record show the

12      presence of counsel, the defendant, and the

13      interpreter.

14             You may continue.

15  CROSS EXAMINATION

16  BY MR. KESSLER:

17      Q    Do you recall now saying to the woman at the

18  other end of the phone, now, don't play?

19             MR. SCHECTER:  Objection, your Honor.

20             THE COURT:  Please.  What is your

21      objection?

22             MR. SCHECTER:  Can I have a sidebar?

23             THE COURT:  What is your objection?

24             MR. SCHECTER:  Your Honor, in rereading

25      the statement that's already been read to

```
 1                Zheng - Defendant - Cross            956
 2        him --
 3                THE COURT:  Well, we are starting after
 4        a luncheon recess, so he is certain -- the
 5        jury and the witness should be apprised of
 6        what he is asking to have his memory
 7        refreshed about.
 8                MR. SCHECTER:  I'm objecting to it.
 9                THE COURT:  Overruled.
10        Q    Do you recall now saying to the woman on the
11   other end of the phone, now, don't play any foolish
12   games.  If you do anything foolish, I have another
13   person over there and we will kill them, right.
14        A    I cannot make certain which paragraph I said
15   that, but seems lot of things I said.
16        Q    Do you recall that being one of the things
17   that you said over the phone; yes or no?
18        A    In my impression, I -- seems I didn't say
19   that.
20        Q    You're saying you did not say that?
21        A    I cannot make certain.  Seems I did or seems
22   I didn't.  Because I said a lot of things, because Ak
23   Guan -- a lot of things I said was, was the idea of Ak
24   Guan.  He asked me to say that.
25                THE COURT:  Excuse me.  Would you step
```

1                    Zheng - Defendant - Cross          957

2                    back so the jury could see the witness,

3                    please.

4          Q       Did you ever get an opportunity to listen to

5     any of the tape recordings of the phone conversations

6     between the people, a male caller and female caller

7     about ransom demands?

8          A       Yes, I did.

9          Q       And did you recognize your voice on those

10    tapes?

11         A       I cannot recognize that.  It seems it's not

12    my voice.

13         Q       You were the one who was calling the women

14    and talking about how much money you and the ransom

15    demanded, correct?  That was you?

16         A       I said something like that, but the voice

17    seems not my voice.  Can't you feel that?

18         Q       My question is -- forget the tape recording

19    you heard.  Did you make phone calls to the women about

20    ransom demands, the amount of money to get their

21    release?  Was that you who called?  Forgetting what you

22    heard on the tape.

23         A       Yes.

24         Q       Okay.  Do you recall in that second

25    conversation telling them how to package the money in a

1                    Zheng - Defendant - Cross          958

2      tea can?

3          A       Seems I said that, but it seems -- it seems

4      it's not in the second dialogue.

5          Q       I'm not interested in what you heard on the

6      tape.  My question is simply, when you were at this

7      apartment with the two females, did you make a phone

8      call and during that conversation talk about how they

9      should package the money?

10         A       Yes.

11         Q       Didn't you also tell them during that

12     conversation that they should use 100 dollar bills?

13         A       At that time did Qin tell me that?  I really

14     forget.  Right.  Right.  Right.  He told me that.

15         Q       So this was another something that Qin told

16     you about before or during the second phone

17     conversation.  Is that what you're telling us?

18         A       Right, but I cannot recall exactly which

19     telephone conversation.  Qin just told me to do that.

20         Q       Do you recall towards the end of the second

21     phone conversation saying to the woman:  Now you be a

22     little wiser.  Don't --

23                      MR. SCHECTER:  Your Honor --

24                      MR. KESSLER:  I haven't even finished

25              the question.

1                    Zheng - Defendant - Cross          959

2                    MR. SCHECTER:  Can I have a sidebar?

3                    THE COURT:  Yes, you can have a sidebar.

4                    (Sidebar discussion off the record.)

5                    THE COURT:  Objection is overruled.

6          Q     Do you recall in the second conversation

7     telling the woman on the other end, now you must be a

8     little wiser.  Don't let any police appear.  If police

9     appear, I will let you see what bad things can happen to

10    you.

11         A     Yes.

12         Q     So you're concerned at this point in time

13    that the woman on the other end of the phone may have

14    contacted the police, and that's why you said that,

15    correct?

16         A     Yes, yes.  But could I -- could you tell me

17    some of the stuff that I said or something?

18         Q     So your answer is yes?

19                    THE COURT:  Excuse me.  You're blocking

20                    off the jurors.  They have to be able to see

21                    his face.

22         A     Yes, but because I was afraid that police

23    might follow us, so I said that.

24         Q     You were afraid the police may have some

25    contact with this case and you were afraid of the

1                    Zheng - Defendant - Cross          960

2    police?

3         A    Okay.  I was certainly afraid of the police.

4    If the policeman knows that, Ak Guan will think I

5    reported to the police.

6         Q    During your phone conversation with the woman

7    did you ever tell the woman on the other end of the

8    phone, if you talk like this, it's going to be very

9    difficult.  I am telling you.  In America there is no

10   such thing as -- they don't let people free if they have

11   received the things?

12        Did you say that to the woman on the other end of

13   the phone?

14        A    Yes.

15        Q    Did you also say:  You think about it.  If

16   you are playing foolish games, I will not negotiate any

17   more.  I will go right away and kill them and you can

18   read about it in the newspaper?

19        A    At that time seems like Qin said that, or

20   maybe Qin asked me to say that.  Right.  Okay.  Qin

21   Guang Zheng said it would be better to be as tough to

22   them as possible.

23        Q    So after Qin said to you it would be better

24   to be as tough as possible, you started throwing in

25   these things for you to sound tough on the phone; is

1                    Zheng - Defendant - Cross            961

2    that what you're telling us?

3                       MR. SCHECTER:  Objection to "throwing

4                in."

5                       THE COURT:  Sustained.

6        Q    Did you throw in the part about -- in America

7    there is no such thing as they don't let people free if

8    they receive the things.  Did you throw that in?

9                       MR. SCHECTER:  Objection to the term

10               "throw in."

11                      THE COURT:  Change that "throw in."  Did

12               you say that?

13       Q    Did you add that and say that in the

14   conversation on your own?

15       A    I really cannot -- I really cannot recall,

16   but during the phone Qin said a lot.  I don't know

17   whether I said it or he asked me to say that.

18       Q    During your phone conversations with this

19   woman did there come a point in time where you became

20   suspicious that the police had been contacted?

21       A    Yes.

22       Q    And you warned her not to contact the police,

23   correct?

24       A    Yes, but as to that I just drove out and told

25   her over the phone.  Qin does not know that.

          MR. KESSLER:  I didn't understand the
interpreter, your Honor.  Can the interpreter
repeat that?

          THE COURT:  Let the court reporter.

          (The court reporter read back the
requested answer.)

Q     Did you tell the woman on the other end of
the phone that if they paid the money that you would not
kill the women?

A     Did I say that?

Q     That's my question.

A     No.

Q     Did there come a point in time when one of
the women again was on the phone and you'd given her the
phone to speak to her family?  This is now the second
time.

A     Seems not.

Q     You don't recall her coming to the phone a
second time?

          MR. SCHECTER:  Objection, your Honor.
          Just asked and answered.

          THE COURT:  Well, he is probing.
          Overruled.

A     I remember she talks over the phone with her

2    family member, but I don't remember how many times.

3         Q    Do you remember her pleading with her family

4    for them not to talk so much because it's making you

5    angry?

6                   MR. SCHECTER:  Objection.

7                   THE COURT:  Overruled.

8         A    Well, at that time Ak Guan and the Qin told

9    me when -- told me that when I make telephone

10   conversations, it would be better not to extend over a

11   minute.

12        Q    And when did they say that to you?  When was

13   that instruction?

14        A    Before I make the first telephone call that

15   night.

16        Q    Do you recall calling the woman again and

17   trying to convince her to use a car service to drop the

18   money off?

19        A    Yes, I was afraid that that area was not

20   safe, so I just asked her to take a car service.

21        Q    Now, you said that you were concerned that

22   area was not safe.

23        A    Yes.

24        Q    You were afraid that she may get robbed on

25   the way?

1          Zheng - Defendant - Cross          964

2                 MR. SCHECTER:  Your Honor, may we

3          approach for a moment?

4                 THE COURT:  Step up.

5                 (Sidebar discussion off the record.)

6     Q     How much money of the 15,000 that was going

7  to be delivered were you concerned was going to be taken

8  that was your share?

9                 MR. SCHECTER:  Objection, your Honor.

10         It's an ambiguous type of question.

11                THE COURT:  Overruled.  If the witness

12         doesn't understand, he will state it.

13    A     Well, Ak Guan also told me that -- just don't

14 deliver.  The pickup guy is not aware how much money is

15 there.  He in fact he does not know whether there is any

16 money in it, so I also told the woman on the phone that

17 the pickup guy does not know anything about the

18 incident.  He does not know there is any money in the

19 plastic bag.

20    Q     Would you agree with the statement that

21 during these phone conversations you tried to scare the

22 woman on the other end of the phone to give the money

23 over?

24    A     Well, at first I did like that, but toward

25 the end I didn't, because Ak Guan said if there will be

```
 1                    Zheng - Defendant - Cross           965
 2     no money in the bag, so if we get a bag we will send a
 3     person there.
 4          Q     When --
 5          A     Moreover, I made several calls.  And telling
 6     her if anyone knows there is money in it, she'll not
 7     accept it --
 8                    MR. KESSLER:  Judge, again this has gone
 9                    beyond my question.  I ask it be stricken.
10                    THE COURT:  It was not responsive, so
11                    strike it.
12          Q     When you're on the phone with this woman you
13     tried to sound tough and threatening to her; yes or no?
14     Without mentioning Ak Guan's name.
15                    MR. SCHECTER:  Objection.
16          Q     Did you try to sound threatening to her?
17                    THE COURT:  Overruled.
18          A     Yes, at first.
19          Q     And you threatened to kill the women if she
20     did not deliver the money, true?
21                    MR. SCHECTER:  Your Honor, asked and
22                    answered.
23                    THE COURT:  Overruled.
24          A     At first it seemed I did so, at first.  I
25     really cannot make certain.  I cannot recall.  I did
```

1                    Zheng - Defendant - Cross              966

2    like that, it seems.

3         Q    Ak Guan leaves the apartment you're in and

4    you're left with Qin, correct?

5         A    At last.

6         Q    You were relieved when he left because he is

7    no longer a threat to you, correct?

8         A    But he asked Qin to watch over me.

9         Q    You left the apartment at times to make phone

10   calls by yourself, correct?

11        A    At first I was making phone calls inside and

12   Qin watched over me.  Later on when I know some internal

13   affairs of Ak Guan, I just left and made phone calls

14   outside.

15        Q    And when you made the phone calls outside, no

16   one was holding a gun to your head, were they, at that

17   point in time?

18                    MR. SCHECTER:  Objection.

19                    THE COURT:  Overruled.

20        A    Right.

21        Q    And no one was around you at that point in

22   time, you were by yourself outside making that phone

23   call, correct?

24        A    Yes.

25        Q    And at that point you never called the police

1                    Zheng - Defendant - Cross         967

2    to tell them anything about what was happening here at

3    that apartment, correct?

4         A    Yes, right.

5         Q    When you're outside --

6              THE COURT:   The witness is saying

7              something else.

8         A    What I was -- when I was out, I just called

9    the pickup, a guy, and said, well, if there is no money

10   in it, if somebody there to pick up we have some ways to

11   send the bag.

12        Q    When you were saying that outside, Qin was

13   not standing next to you, correct?

14        A    My purpose was not let him know.

15        Q    I'm sorry?

16        A    My purpose was not to let him know.

17        Q    So you didn't want Qin to know when the money

18   was to be delivered to 217 Henry Street?

19        A    My purpose was not to let his family know

20   that Ak Guan send somebody to pick up the money.   That

21   guy does not know there is any money in it.

22        Q    My point is you can make phone calls without

23   Qin knowing anything about them, correct?

24        A    Yes.

25        Q    The women that were in your apartment, they

never showered, did they?

A When I was inside I didn't see that.

Q You didn't see them making any phone calls that you didn't give them permission to make, correct?

A When I was making phone calls inside a room, it was Qin who ordered me to do that. Without his consent, I cannot make any calls.

THE COURT: Strike that. It's not responsive. Listen to the question, please. Repeat the question.

MR. KESSLER: I'd ask if we can --

THE COURT: The court reporter read the question, please.

(The court reporter read back the requested question.)

A Right.

Q Did Qin --

THE COURT: Wait a minute.

A But I didn't say -- I didn't give them permission to make calls.

Q Did Qin ever -- did you ever see a gun when you were down in the basement at all?

A That question -- at that time I didn't notice that.

Case 1:16-cv-01166-RJD    Document 8-9    Filed 11/30/16    Page 107 of 157 PageID #: 1435

1

2      Q   So you didn't notice any gun --

3      A   Seems Qin -- seems under the pillow there is

4  one.  But I'm not sure.

5      Q   What made you think that under the pillow

6  there was a gun?

7               MR. SCHECTER:  Objection as to that.

8               THE COURT:  Overruled.

9      A   At that time I saw a black handle, a little

10  bit black handle, but I am not sure.  I cannot make

11  certain.

12      Q   Qin never held a gun on you or showed you any

13  gun, did he?  Is that your testimony?

14      A   Yes.

15      Q   Ak Guan never held a gun to you personally at

16  any time, did he?

17      A   No.

18      Q   One of your responsibilities was to make sure

19  that the women stayed in the apartment and did not

20  leave, correct?

21      A   My responsibility -- I don't have such

22  responsibility.

23      Q   Did you have any responsibilities at all

24  during this entire situation between March 31st and

25  April 2nd?

1                    Zheng - Defendant - Cross           970

2          A     He just asked me to make phone calls.  I'm

3     only responsible for that.

4          Q     Well, you were going to drop off the women

5     and let them go at the end, correct?

6          A     Yes.

7          Q     And you were the one making phone calls for

8     the ransom money, correct?

9          A     Yes.

10         Q     And you were in the house where the women

11    were being kept, correct?

12         A     Yes.

13         Q     And you never tried to help these women

14    escape from this house, did you?

15         A     I thought -- but at that time there is really

16    no way to help them to escape.  I just tell -- I just

17    told them that, don't worry.  I will finally set them

18    free.  Don't worry.  Don't be afraid. ✓

19         Q     At the same time you're saying that, you're

20    telling the woman on the other end of the phone you're

21    going to kill them if they don't give them the ransom

22    money, correct?

23         A     At first when I went Qin was beside me.  At

24    first.

25         Q     Did your parents ever call you during the

1          Zheng - Defendant - Cross          971

2     time between March 31st and April 2nd and tell you they

3     felt their lives were in danger?

4                    MR. SCHECTER:  Objection, your Honor.

5                    THE COURT:  Sustained.

6          Q     Did you call your parents at all between

7     March 31st and April 2nd, 1995?

8                    MR. SCHECTER:  Your Honor, I'm going to

9                    object to -- this asked for facts not in

10                   evidence as to whether his parents even have

11                   a phone.

12                   THE COURT:  Overruled.

13         A     Seemed I didn't.

14         Q     There came a point in time where you left the

15    apartment with Qin Zheng and the two women, correct?

16         A     Yes.

17         Q     And this was after you got word that the

18    $15,000 had been delivered to an apartment on Henry

19    Street, correct?

20         A     Yes.

21         Q     And when you leave the apartment you locked

22    the door behind you, correct?

23         A     I left first.  I'm the first one.

24         Q     Who locked the apartment?

25         A     I'm not sure, but possibly it was Qin.

1                     Zheng - Defendant - Cross           972

2    Because I left first.   I didn't notice.

3          Q     You had the keys on the key ring to your

4    car -- to the door, didn't you?

5                     MR. SCHECTER:  Objection.

6                     THE COURT:  Overruled.

7          A     Yes.  Ak Guan left that before he left.

8          Q     So the keys to the door were on the same key

9    ring as the keys to the ignition to your car, correct?

10                    MR. SCHECTER:  Objection.  He is

11                    assuming facts not in evidence.

12                    THE COURT:  Overruled.

13         A     I forget as to whether we get on a car, but

14   Ak Guan left that.

15         Q     When you leave the apartment you go into your

16   car to drive away with the two women and Qin, correct?

17         A     Yes.

18         Q     Your car is stopped very shortly after you

19   leave to drive away?

20         A     Yes.

21         Q     You're arrested and a police officer who

22   speaks your language interviews you, correct?

23                    MR. SCHECTER:  What time are we talking

24                    about, Judge?  Where and what time?  I'm

25                    objecting to the question.

1                    Zheng - Defendant - Cross              973

2                    THE COURT:  Overruled.

3         A     The answer is yes.

4         Q     And when you speak to this detective you know

5    he is a member of the New York City Police Department,

6    correct?

7         A     At that time I didn't know.  The only thing I

8    knew is he's Chinese.

9         Q     Did you not know that he was a police officer

10   when he spoke to you?

11                   THE COURT:  Maybe you better set forth

12                   when you're talking about.

13        Q     Did you speak to Detective Ng, the Asian

14   detective that testified in this courtroom?

15        A     Yes.

16        Q     And you spoke to him in a police station

17   where there were police officers around and jail cells,

18   correct?

19        A     What?  Jail?

20        Q     Where you spoke to him.  Were you being held

21   in a jail cell before you spoke to him, a place where

22   you could not escape?

23                   MR. SCHECTER:  Objection.

24                   THE COURT:  Overruled.

25        A     Yeah, in a cell.

Case 1:16-cv-01166-RJD Document 8-9 Filed 11/30/16 Page 112 of 157 PageID #: 1440

2    Q   He asked you questions about where you were

3 born, how tall you were, your name, correct?

4    A   Yes.

5    Q   Did you know that the police -- did you know

6 that the people around you were police officers and not

7 civilians?

8    A   At that time I thought that he is probably an

9 interpreter.

10    Q   When you spoke to him you said he asked you

11 why did you kidnap and rape the women, correct?

12    A   Yes.

13    Q   And you told him that you did kidnap the

14 women but you did not rape them, correct?

15    MR. SCHECTER:  Objection, your Honor.

16    That was not his testimony.

17    THE COURT:  Well, that's for the jury to

18    determine.

19    A   I just told him that a friend of mine asked

20 me to pick up a friend in the airport.  I didn't rape

21 them.  By that he insulted me.

22    Q   Didn't you say on direct examination, when

23 Mr. Schecter asked you, that your response to Detective

24 Ng was not, I just picked up a friend at the airport,

25 but you said, I really don't know what happened.

1

2       A     Because when he asked me questions he only

3    asked yes or no.  Sometimes I cannot really explain.

4       Q     Did you tell Detective Ng anything at all

5    about the fact that you were forced to do this against

6    your will; yes or no?

7       A     What do you mean?  You mean anything?  Does

8    that mean everything?  I just say some of that.  Ak Guan

9    forced me to do some of that.

10      Q     You told Detective Ng that Ak Guan forced you

11   to do something?

12      A     At first I told him that Ak Guan deceived me

13   into going to the airport to pick up a friend.  Later on

14   I said he forced me to demand a ransom money.

15              MR. KESSLER:  Can I see the statement A,

16              B, C, and D.  I think it's 9.

17              THE COURT:  12.

18              MR. KESSLER:  12, I'm sorry.

19              THE COURT:  Yes.

20              MR. KESSLER:  12.

21              (Shown to A.D.A.)

22      Q     Can you read Chinese?

23      A     Yes.

24      Q     Did you tell Detective Ng that somebody named

25   Ye Kong (phonetic) you met at the airport?

1                    Zheng - Defendant - Cross              976

2          A     At that time I said Ye Guan (phonetic), not

3     Ye Kong.

4          Q     Did you tell Detective Ng that Ye Kong asked

5     to you stop a car service?

6          A     At that time I really didn't say that.  At

7     that time he didn't let me say that.

8          Q     He stopped you from saying that?

9          A     Yes.

10         Q     And how did he stop you from saying that, by

11    beating you?

12         A     No, he didn't beat me.

13         Q     Did he --

14         A     But he was in a very tough manner.  And he

15    scolded me.

16         Q     His scolding of you was when he asked you

17    whether or not he raped the women?

18         A     He was in a tough manner.  Said, fuck you.

19    You raped them and kidnapped them and you denied

20    everything.  Later on another policeman come and strike

21    me.

22         Q     When you say that tough manner, that's the

23    same manner you talked about that you said Ye Kong said

24    to Qin in front of you?

25                    THE WITNESS:  Can I ask him to repeat?

2            Can I ask him --

3                  THE COURT:  Repeat the question or

4            rephrase it.

5                  MR. SCHECTER:  Are you talking --

6                  THE WITNESS:  I know I didn't -- I

7            didn't catch one word the interpreter was

8            asking.  Could he rephrase the question.

9       Q    You said on Mr. Schecter's direct

10  examination, when he asked you whether or not you saw

11  any threats being handed out by Ye Kong, you said the

12  threat that you saw was when he spoke roughly to Qin

13  Zheng.  Do you recall saying that?

14       A    As far as I remember, in the police station I

15  got a lot of word to say, but he constantly interrupted

16  me.

17       Q    If you can answer this question yes or no,

18  answer it yes or no.  If you can't, let me know.

19       I simply want to know when you spoke to Detective

20  Ng did you ever mention anything about you being forced

21  to do this kidnapping when you spoke to Detective Ng?

22                 MR. SCHECTER:  Your Honor, I'm going to

23            object.  It was asked about five minutes ago

24            and he gave an answer.

25                 THE COURT:  I will permit it.

| | |
|---|---|
| 1 | Zheng - Defendant - Cross          978 |
| 2 | Overruled. |
| 3 | A    At that time as far as I remember I didn't, |
| 4 | because I don't have the time to speak. |
| 5 | MR. KESSLER:  I have nothing further. |
| 6 | THE COURT:  Do you have any -- |
| 7 | MR. SCHECTER:  No. |
| 8 | THE COURT:  Okay, step down. |
| 9 | (The witness left the witness stand.) |
| 10 | THE COURT:  Do you have any other |
| 11 | witnesses? |
| 12 | MR. SCHECTER:  Defendant rests. |
| 13 | THE COURT:  People have anything else? |
| 14 | MR. KESSLER:  Could I approach for one |
| 15 | minute? |
| 16 | (Sidebar discussion off the record.) |
| 17 | THE COURT:  Let's take a short recess. |
| 18 | Don't discuss the case among yourselves or |
| 19 | with anyone else.  Don't let anyone discuss |
| 20 | the case with you in your presence.  You can |
| 21 | step out. |
| 22 | (The jury left the courtroom.) |
| 23 | THE COURT:  The jury has left. |
| 24 | MR. KESSLER:  I will need about 5, 10 |
| 25 | minutes. |

Zheng - Defendant - Cross                  979

1
2          THE COURT:  Take the defendant back
3    inside.  Don't take him downstairs though.
4          (A short recess was taken.)
5          THE CLERK:  Case on trial.  All parties
6    are present in the absence of the jury.  The
7    defendant is present.
8          THE COURT:  Would you give your
9    appearances, please.
10         MR. KESSLER:  Scott Kessler for the
11   People of the State of New York.
12         MR. SCHECTER:  Donald Schecter for the
13   defendant.  My client is also present in the
14   courtroom with the official interpreter.
15         MR. KESSLER:  Your Honor, I am going to
16   rest.  I'm not putting on any rebuttal.
17         THE COURT:  Both sides rest.
18         MR. KESSLER:  Judge, could I approach
19   with counsel for one moment?
20         THE COURT:  Yes.
21         (Sidebar discussion off the record.)
22         THE COURT:  All right.  Would you bring
23   the jurors in, please.
24         (The jury entered the courtroom.)
25         THE CLERK:  All jurors are present.

1                    Zheng - Defendant - Cross              980

2                    Counsel, do you waive a more formal

3          reading of the jury attendance?

4                    MR. KESSLER:  So waived.

5                    MR. SCHECTER:  So waived.

6                    THE COURT:  Ladies and gentlemen, both

7          sides have rested, so we have heard all the

8          testimony that we are going to hear in this

9          case.  Some of you have told me that they

10         have plans for the July 4th weekend.  So we

11         have to have what we call a charge conference

12         with the attorneys and the defendant will be

13         here tomorrow and I will give them my

14         proposed charge and we will have requests for

15         further charge or exceptions to my charge.

16                   That will take up most of tomorrow.  So

17         I'm going to recess the case until Monday

18         morning.  That's July 8th at 9:30 in the

19         morning.  Now, please, it's very important at

20         this point that you not discuss this case

21         among yourselves or with anyone else.  Anyone

22         tries to discuss this case with you or in

23         your presence, tell them the Judge said you

24         cannot discuss the case; nothing about it.

25         This is a crucial part of the case, and

1        Zheng - Defendant - Cross          981

2    please do that.

3        Now I'm also going to ask you to avoid

4    reading any items that you may see in the

5    newspaper concerning this trial.  There may

6    be things in articles like that that did not

7    come out during the course of the trial.  Do

8    not visit the location you have heard about

9    during the course of the trial.  I have given

10   you the reasons for that.  Now the court

11   officer will tell you what to bring with you

12   on Monday morning and please be as prompt as

13   you can Monday morning, 9:30.  Have a very

14   nice July 4th weekend and I'll see you on

15   Monday morning.

16        (The jury left the courtroom.)

17        THE COURT:  The jury has left.  Tomorrow

18   morning, 10 o'clock, we will have a charge

19   conference and I'll see you then.  The matter

20   is recessed to tomorrow morning at 10

21   o'clock.  Let the record note all motions

22   will be made tomorrow.  Defendant has

23   reserved his right to make motions until

24   tomorrow.

25        *    *    *    *    *    *

1                                                          982

2     SUPREME COURT OF THE STATE OF NEW YORK
      COUNTY OF QUEENS:   CRIMINAL TERM:   PART K-25
3     -------------------------------------------x

4     THE PEOPLE OF THE STATE OF NEW YORK        Indictment
                                                 No. 3282-95
5                      -against-
                                                 KIDNAP1
6     HAI GUANG ZHENG,
                                                 Trial
7                                Defendant.

8     -------------------------------------------x

9                              July 3, 1996
                               125-01 Queens Boulevard
1C                             Kew Gardens, NY   11415

11    B E F O R E:

12          HONORABLE STANLEY B. KATZ,

13               Justice, and a jury

14    A P P E A R A N C E S:

15          (Same appearances as previously noted.)

16                    DEBRA DUNN
                 Official Court Reporter
17    -------------------------------

18          THE CLERK:  This is page 2, indictment

19    3282 of '95, Hai Guang Zheng.  Case on trial

20    continues.  The defendant is present.  The

21    official Mandarin interpreter is present.

22          Counsel, your appearance, please.

23          MR. SCHECTER:  For Hai Guang Zheng,

24    Donald Schecter, 10 Cutter Mill Road, Great

25    Neck, New York.

| | Proceedings | 983 |
|---|---|---|

THE CLERK: People.

MR. KESSLER: Scott Kessler for the People of the State of New York.

MR. SCHECTER: Your Honor, first, before we do anything, there was an article in today's Newsday. I don't know whether your Honor had an opportunity look at it or not.

THE COURT: I have seen it.

MR. SCHECTER: I note that my policy is I never come to the newspapers on any ongoing trial. And as such, that is reflected in the article. And there are certain statements in the article that are clearly inaccurate, showing my client was a member of a gang. This is in his confession, which has not been shown to the jury up to this stage and has not been read to the jury, your Honor. And whether the jury reads it or not, I'm going to have to move for a mistrial, because it gives the implication my client is a gang member. There's been no testimony whatsoever my client is a gang member.

Or from this where it could be stated -- where it says, his own confession, they ended

Case 1:16-cv-01166-RJD Document 8-9 Filed 11/30/16 Page 122 of 157 PageID #: 1450

| | |
|---|---|
| 1 | Proceedings 984 |
| 2 | up seizing a newlywed couple flying in from |
| 3 | San Francisco. My client would have never |
| 4 | said that. The testimony was they came from |
| 5 | Los Angeles. Second I think the testimony |
| 6 | was they were married for over four years, |
| 7 | your Honor. |
| 8 | I do see the Assistant District Attorney |
| 9 | did speak to the reporter, cause it does say |
| 10 | what he has maintained, your Honor. And I |
| 11 | don't know whether he got that information |
| 12 | from him or not. That would be completely |
| 13 | biased toward my client, and as such would be |
| 14 | prosecutorial misconduct. If that becomes |
| 15 | the case, I would ask you for a dismissal of |
| 16 | the indictment with prejudice. If not, I |
| 17 | would ask for a mistrial. |
| 18 | THE COURT: Yes. |
| 19 | MR. KESSLER: Judge, the article seems |
| 20 | to degrade my complainants, not the |
| 21 | defendant. It seems to indicate my |
| 22 | complainants were smuggled into this country |
| 23 | by some gang and they were the ones here |
| 24 | illegally. I think if your Honor recalls the |
| 25 | testimony, my complainants were here legally. |

Proceedings                           985

1

2          If it hurts anyone, it hurts my complainants'

3     reputation.

4              THE COURT:  I'm not going to comment on

5     the contents of the article.  I have

6     instructed this jury not to read any articles

7     which pertain to the case, or anything in the

8     media pertaining to the case.  And based upon

9     that I'm going to deny your application.

10             MR. SCHECTER:  Your Honor, then what I

11    would secondly ask is Monday before we start,

12    ask the jurors if anyone saw any articles

13    since they recessed concerning this matter.

14             THE COURT:  Well, I will do something to

15    that effect.  I may tell them if any of them

16    have read the articles they are to totally

17    disregard anything they have seen and base

18    their decision in this case solely on what

19    they heard in the four walls of this

20    courtroom.

21             MR. SCHECTER:  Your Honor, depending on

22    what is said by this jury, I will then deal

23    with it at this time.

24             THE COURT:  It depends on what I will

25    ask the jury, or tell the jury?

| | Proceedings | 986 |

1        Proceedings        986

2     MR. SCHECTER:  Depending on what any of

3     the replies are.

4     THE COURT:  I didn't say I would inquire

5     of the jury.  I instructed them not to read

6     anything.  This is an intelligent jury and I

7     believe they won't read anything.

8     MR. SCHECTER:  I would ask your Honor to

9     go one step further and ask if anyone did

10     read the article.

11     THE COURT:  I will consider that.

12     MR. SCHECTER:  Okay, your Honor.  You

13     want me to make my motions first.

14     THE COURT:  Yes, why don't you make your

15     motions first.

16     MR. SCHECTER:  Your Honor, at the end of

17     the entire case I would move to dismiss

18     the -- your Honor, what I would like to do,

19     since we are dealing here with counts --

20     counts 1 through 8 are all in pairs.  I'd

21     like to address the pairs together, your

22     Honor.

23     THE COURT:  Whatever you want.

24     MR. SCHECTER:  Your Honor, as to the

25     first two counts of the indictment,

1

2    kidnapping in the first degree, that the

3    defendant abducted Liu Yan Wu or Jin Hao Liu

4    with intent to compel a third person to pay

5    or deliver money or property as ransom, I

6    believe the People have failed to meet their

7    burden of proving him guilty beyond a

8    reasonable doubt.  I don't believe the

9    testimony was such that would show that he

10    abducted them or was acting aided by another

11    with intent to compel a third person to pay a

12    ransom.  I would also state as to these two

13    crimes I'm going to ask your Honor to charge

14    duress as an affirmative defense and I

15    believe that --

16          THE COURT:  You're making motions now.

17    Stick to your motions.

18          MR. SCHECTER:  Okay, your Honor.  I

19    would state that the People have failed to

20    sustain their burden as to those two charges.

21          THE COURT:  Do you want to be heard on

22    that, Mr. Kessler?

23          MR. KESSLER:  Regarding the basic motion

24    by defense counsel to dismiss the counts,

25    after the end of the case I have --

```
 1                      Proceedings              988
 2            THE COURT:  He is doing it right now.
 3      He is concentrating on the first two counts.
 4            MR. KESSLER:  Right, I just rely on the
 5      evidence.  Your Honor has heard the same
 6      arguments I made at the end of the People's
 7      case.  I don't think anything is changed.
 8            THE COURT:  You didn't make any
 9      arguments at the end of the People's case.
10            MR. KESSLER:  Then I will rely on the
11      entire record before this Court.
12            THE COURT:  Go ahead, Mr. Schecter.
13            MR. SCHECTER:  Your Honor --
14            THE COURT:  I understand you are going
15      to move to dismiss every count in the
16      indictment.
17            MR. SCHECTER:  Yes, I have to do it
18      specifically, or else the Appellate Division
19      said it's waived if I don't get specific.
20             As to the 3rd and 4th counts, I believe
21      the evidence was insufficient beyond a
22      reasonable doubt to show that the two
23      individuals were abducted for more than 12
24      hours with intent to violate -- that the two
25      individuals were abducted and restrained for
```

Proceedings                    989

2    a period of more than 12 hours with intent to

3    violate them sexually, your Honor. I believe

4    the testimony does not show that either my

5    client or the other individual who was

6    there -- there is no scientific evidence

7    linking him to any rapes. There is no DNA

8    evidence or anything else.

9        THE COURT: Well, does the law require

10   scientific evidence?

11       MR. SCHECTER: No, but your Honor could

12   rule on that.

13       THE COURT: I believe there is ample

14   testimony by the witnesses themselves they

15   were sexually assaulted by the two

16   defendants.

17       MR. SCHECTER: Well, I'm moving the

18   evidence was insufficient.

19       THE COURT: That's denied. That's a

20   question for the jury to decide.

21       MR. SCHECTER: Your Honor, under the 5th

22   and 6th count of the indictment, kidnapping

23   in the first degree, that with intent to

24   terrorize the two females. I don't believe

25   the testimony was sufficient to show that

1              Proceedings              990

2        either one of the two females was terrorized.

3        The testimony was such from them that they

4        were cooking food, your Honor, and as such

5        there was no terrorization.

6              THE COURT:  That's denied.  There is

7        ample testimony to give to the jury.

8              MR. SCHECTER:  Your Honor, as to the

9        next counts, which would be 7 and 8, the

10       crimes of rape in the first degree as to the

11       two females, I don't believe the evidence was

12       sufficient beyond a reasonable doubt to show

13       that my client engaged in sexual intercourse

14       with them.  The other person may have done

15       that, your Honor, but he is not charged with

16       acting in concert on these crimes.  I believe

17       the evidence is insufficient to show he

18       sexually abused or raped either of the two

19       women.

20             THE COURT:  That's denied.  I believe

21       there is testimony, testimony by both, he

22       did, and that's for the jury to decide.

23             MR. SCHECTER:  Your Honor, under the 9th

24       count of the indictment, which would be

25       kidnapping in the second degree and the

1
2    abduction of Guo Bang Liu.  I believe
3    Mr. Liu's testimony has a description of the
4    person who kidnapped him, which does not
5    coincide with my client's testimony.  As
6    such, his testimony was insufficient as a
7    matter of law beyond a reasonable doubt to
8    show that my client abducted Guo Bang Liu.
9         THE COURT:  That's denied.  I believe
10   some of the testimony was your client gave
11   him quarters after he dropped him off the car
12   at the end of the bridge.  That's for the
13   jury to decide.
14        MR. SCHECTER:  The next two counts, your
15   Honor, sexual abuse in the first degree, in
16   that my client subjected the two females to
17   sexual contact by touching her breasts with
18   his hand by means of forcible compulsion.  I
19   believe there's been no testimony to that.
20   As such, there was no forcible compulsion by
21   my client as to those charges.
22        THE COURT:  That's denied.  I believe
23   there was testimony to that effect and it's
24   for the jury to decide.
25        MR. SCHECTER:  And I believe the last

1                    Proceedings                    992

2         count of the indictment, your Honor, which is

3         criminal possession of a weapon in the second

4         degree.  I believe the evidence was

5         insufficient as a matter of law beyond a

6         reasonable doubt to show that my client, or

7         the other defendant, possessed a firearm,

8         which has not been introduced into evidence

9         to show it was an operable firearm.  There's

1C        been no testimony from either of the two

11        females at any time they identified the

12        firearm that was admitted into evidence as

13        being the firearm that was used against them.

14        As such, there is no showing the firearm that

15        may or may not have been used was a loaded

16        operable firearm.

17             THE COURT:  There was a firearm

18        recovered from the apartment, and there was

19        testimony there was a firearm, at least one,

20        in the apartment at the time that the two

21        females were there.  And that's for the jury

22        to decide.  That's denied.

23             MR. SCHECTER:  Okay.  That takes care of

24        the motions at the end of the entire case.

25             Now, I would specifically ask for the

Proceedings                    993

following.  Prior to my client taking the

witness stand -- I believe one day either

last week or the beginning of this week -- we

had a conference with Mr. Tivin, your law

secretary.  And he showed me your standard

charge, your Honor.  We went over that.

THE COURT:  You mean the entire charge?

The entire charge?

MR. SCHECTER:  The entire charge.  The

entire charge that he was preparing.

THE COURT:  What we were proposing --

MR. SCHECTER:  At that stage we went

over that.  Any comments or corrections I

asked were taken care of at that time, your

Honor.  So as to that part of the charge, I

have no objection, your Honor.

THE COURT:  Any further requests as to

that?

MR. SCHECTER:  Yes.  I would request

based on the testimony of my client, your

Honor, I would first ask for concerning the

statement's voluntariness or involuntariness

of the statement, your Honor.  I believe this

morning also --

| | Proceedings | 994 |

1

2       THE COURT:  Well, I proposed a charge on

3     that.

4         MR. SCHECTER:  The proposed charge on

5     involuntariness of the statement, your Honor.

6     There was a conversation between Mr. Kessler,

7     myself, and Mr. Tivin.  And I believe that's

8     been resolved to our satisfaction.

9         THE COURT:  Fine.

10        MR. SCHECTER:  Okay, your Honor.

11        THE COURT:  Well, any further exceptions

12    or objections to that portion of the charge?

13        MR. SCHECTER:  No, your Honor.  My

14    objections to that have been addressed by

15    Mr. Tivin and that --

16        THE COURT:  You see what we propose as

17    to that?

18        MR. SCHECTER:  And they have been

19    included, what I was asking for.  And my last

20    request would be that your Honor charge the

21    affirmative defense of duress.  I believe

22    based on my client's testimony we have made

23    out a claim as to all of the kidnapping

24    charges, your Honor, and the weapon charge,

25    your Honor, that my client was forced to do

1                    Proceedings              995

2      this under the threat of death of his family

3      in China and harm to him.

4          In fact, his testimony was such that at

5      one time during this Qin Zheng threatened to

6      kill him if he did not continue making phone

7      calls and keeping to the women, your Honor.

8      So I believe that we have made out an

9      affirmative defense of duress. I would ask

10     your Honor to charge the jury as to that.

11         THE COURT: You want to be heard as to

12     that, Mr. Kessler?

13         MR. KESSLER: I don't recall an

14     immediate threat made to this defendant

15     during his testimony of anybody threatening

16     him. My understanding of his testimony was

17     if he did not do what this man says that in a

18     future date his family would be killed, in a

19     future date he would be --

20         THE COURT: You're addressing the

21     imminency of the threat, whether they posed

22     imminent danger.

23         MR. KESSLER: Correct. My understanding

24     of the law, your Honor -- and I have some

25     case law, People -v- Lane, People -v- Amato,

1

Proceedings                                    996

2     and People -v- Brown, which I will hand up to

3     the Court -- all the cases indicate the

4     charge itself.  If you read the charge --

5         THE COURT:  I'm familiar with those

6     cases.

7         MR. KESSLER:  -- say the defense of

8     duress may not be used when the force or

9     threat used is incapable of immediate

10    realization.  And I believe in this case the

11    defendant has testified the reason he went

12    through with this kidnapping was because he

13    was in fear at a future time his parents may

14    be killed in China, and at a future time he

15    may be sent from the United States back to

16    China.  Therefore, under the case law and the

17    charge itself, I would ask this Court not to

18    charge duress since there is no immediate

19    threat.

20        THE COURT:  I'm inclined to charge as

21    you requested.  I don't believe that under

22    the duress sections of the law that this is

23    covered by it.  What your client stated, he

24    was free to go any time he wanted to.  He had

25    a phone.  He left the place many, many times.

He could have called the police. He could

have left completely. And it does not cover

the requisites of the duress charge.

MR. SCHECTER: Your Honor, I believe the

testimony was such that he didn't know his

parents were in China. That was known by Ak

Guan. And as such, your Honor, he doesn't

know whether it's going to be -- whether he

has people right there --

THE COURT: Mr. Schecter, your client

was brought into this country -- the way I

understand his testimony -- by this gentleman

illegally for a sum of $30,000. And the

problem that he had, that he talks about in

his testimony, was he didn't pay him all the

money. It was part of that problem. And

because he didn't pay him all the money, he

still owed him $12,000. That's why he

cooperated with the other person, if that's

the reason why he did. And that's one of the

exceptions to the duress charge, if he is

part of the incident.

MR. SCHECTER: If your Honor please, I

believe his testimony was such if he did not

1                    Proceedings                    998

2       cooperate that Ak Guan was going to have his

3       parents killed.

4               THE COURT:   Because he owed him $12,000

5       from that deal.

6               MR. SCHECTER:   That was not the

7       testimony.

8               THE COURT:   Well, that's the way I

9       understood it.   Are you saying he didn't owe

10      this fellow $12,000?

11              MR. SCHECTER:   I'm not saying he didn't

12      owe, but he was told if he does not cooperate

13      with the kidnapper, his parents would be

14      killed.

15              THE COURT:   He could have cooperated

16      with the police.   He had cellar phones.   He

17      made calls all over the place.   He could have

18      had the man arrested.

19              MR. SCHECTER:   That does not mean --

20              THE COURT:   I don't believe that's

21      duress under the law.   You have an exception.

22              MR. SCHECTER:   Can I complete and make

23      my record?

24              THE COURT:   You made your record.

25              MR. SCHECTER:   I don't believe I

1           Proceedings            999

2    finished making my record.

3           THE COURT: Go ahead. The testimony

4    speaks for itself.

5           MR. SCHECTER: But his testimony was

6    such that the parents would be killed in

7    China and the police -- there would be no way

8    for the police to protect them.

9           THE COURT: He didn't know that. He

10   doesn't call the police and get the police to

11   arrest this man who was very available to be

12   arrested. He was part of this kidnapping, if

13   you want to call it that.

14          Please, you're making your argument.

15   I'm denying it.

16          MR. SCHECTER: Your Honor, there is

17   also -- what the testimony said was that Qin

18   Zheng held a gun to his head and threatened

19   to kill him if he didn't make the phone call.

20          THE COURT: I don't recall any such

21   testimony.

22          MR. SCHECTER: Well, your Honor, I would

23   ask between --

24          THE COURT: There is no such testimony

25   in this case. And you know it and I know it.

```
1                        Proceedings              1000
2              MR. SCHECTER:  Well, your Honor, I
3       remember there being testimony from a
4       question --
5              THE COURT:  That man never held a gun to
6       his head.  He never testified he held a gun
7       to his head.
8              MR. SCHECTER:  I remember there being
9       testimony --
10             THE COURT:  Your application to that is
11      denied.  Anything else?
12             MR. SCHECTER:  No, your Honor.
13             THE COURT:  Is there any other
14      application?
15             MR. KESSLER:  No, your Honor.  The only
16      thing I would ask is -- I have read it again.
17      I have also gone over the regular charges
18      with your law secretary and I have no
19      objection to the charges that are being
20      submitted.  I have also gone over the verdict
21      sheet.  That's fine as well.  I have been
22      handed a copy of the confessions and
23      admissions charge.
24             Mr. Schecter asked for a specific charge
25      regarding deception or trickery.  I have no
```

|    |    |    |
|----|----|----|
| 1  | Proceedings | 1001 |

2    objection to your law secretary adding that

3    to the charge.  The only addition I would ask

4    to the charge is just in terms of form.  In

5    your Honor's instruction, in the beginning of

6    the instruction you instruct the jury that

7    statement has to be voluntary and truthful,

8    and later on it talks in your charge the

9    statement has to be in whole or in part

10    truthful.  So all I would ask is when you use

11    the words in the beginning of the statement

12    whether a statement was voluntarily made and

13    whether a statement is in whole or in part

14    truthful, be consistent throughout the entire

15    charge.

16        THE COURT:  All right.  I will consider

17    that.

18        MR. KESSLER:  That's the only addition

19    or exception to your Honor's charge.

20        THE COURT:  Any other requests?

21        MR. KESSLER:  I have no other requests

22    to charge.

23        THE COURT:  So the charge, except with

24    that one request I'm going to consider, is

25    acceptable?

```
1                        Proceedings              1002

2               MR. KESSLER:  Yes.

3               THE COURT:  Except for the duress

4          charge.  You have a continuing exception to

5          my denial.

6               MR. SCHECTER:  Yes.

7               THE COURT:  We are ready to have

8          summation and charge Monday morning; is that

9          correct?

10              MR. KESSLER:  That's correct.

11              THE COURT:  Have you seen the verdict

12         sheet?

13              MR. KESSLER:  I have.

14              THE COURT:  Is that acceptable to both

15         of you?

16              MR. KESSLER:  Yes.

17              THE CLERK:  Mr. Schecter, you have seen

18         the verdict sheet?

19              MR. SCHECTER:  Yes.

20              THE COURT:  Okay.  Monday morning, 9:30

21         for summation and charge.  Same bail

22         conditions.

23              *      *      *      *      *

24

25
```

1                                          1003

2   SUPREME COURT OF THE STATE OF NEW YORK
    COUNTY OF QUEENS:  CRIMINAL TERM:  PART K-25
3   -----------------------------------------x

4   THE PEOPLE OF THE STATE OF NEW YORK       Indictment
                                              No. 3282-95
5                   -against-
                                              KIDNAP1
6   HAI GUANG ZHENG,
                                              Trial
7                              Defendant.

8   -----------------------------------------x

9                         July 8, 1996
                          125-01 Queens Boulevard
10                        Kew Gardens, NY  11415

11  B E F O R E:

12        HONORABLE STANLEY B. KATZ,

13              Justice, and a jury

14  A P P E A R A N C E S:

15        (Same appearances as previously noted.)

16                    DEBRA DUNN
                    Official Court Reporter
17        ---------------------------------

18            THE CLERK:  Case on trial.  Calendar

19        3282 of '95, People -v- Hai Guang Zheng.  The

20        defendant is present along with the official

21        Mandarin interpreter, Li Wan, his counsel,

22        Donald Schecter, and Scott Kessler, A.D.A.

23        The sworn jurors are in the jury room.

24            THE COURT:  Counsel, are you ready for

25        summations?

```
1                    Proceedings              1004
2         MR. SCHECTER:  Can I have one moment
3    with my client?  He was just brought up.  I
4    didn't --
5         THE COURT:  Yes.
6         (Pause in the proceedings.)
7         MR. SCHECTER:  Okay.
8         THE COURT:  Ready to proceed?
9         MR. SCHECTER:  Yes.
10        THE COURT:  Is there any unfinished
11   business before you sum up?  You're going to
12   marshal the evidence -- you want me to
13   marshal the evidence; is that correct?
14        MR. SCHECTER:  Correct.
15        THE COURT:  You read the verdict sheet.
16   That's acceptable.
17        (The jury entered the courtroom.)
18        THE CLERK:  Counsel, you waive the
19   formal reading of the roll?
20        MR. KESSLER:  So waived.
21        MR. SCHECTER:  So waived.
22        THE CLERK:  Let the record reflect 12
23   sworn jurors, four alternates, now in the
24   jury box.
25        THE COURT:  Good morning, ladies and
```

1               Summation - Defendant            1005

2       gentlemen.  I hope you had a nice weekend.

3       You have heard all the testimony in the case.

4       Now we are going to hear the summations of

5       counsel.  After that I will instruct you as

6       to the law.  Then you will retire for your

7       deliberations.

8          Counsel.

9          MR. SCHECTER:  Good morning, Justice

10      Katz, Mr. Kessler, Mr. Zheng, ladies and

11      gentlemen.  First let me say I hope everyone

12      had a very pleasant 4th of July holiday.  Now

13      that it's over, it's our time to get down to

14      the work at hand.

15         We are first at that stage of the trial

16      known as summations.  First, remember what I

17      say now or Mr. Kessler says is not evidence.

18      The only evidence that you heard will come

19      from that witness stand.  This will be my

20      last opportunity to speak to you and ask you

21      to make certain conclusions based on the

22      evidence that you have heard before you.  I

23      will also ask you to draw certain inferences

24      and conclusions from that evidence in this

25      case, or the lack of evidence from this case,

1                    Summation - Defendant              1006

2          based on sloppy police work and insufficient

3          testimony and insufficient medical evidence

4          and research.

5                  There is no greater duty in our law than

6          that as jurors.  If you were a defendant in a

7          criminal case, a trial by your peers is

8          considered one of the great safeguards of our

9          constitution.  I ask each of you to take your

10         job very seriously when you're in that jury

11         room deliberating the fate of my client.

12                 The burden of this case is on the

13         People, the District Attorney, Mr. Kessler,

14         and Zheng Hai Guang is presumed innocent.

15         Under our constitution there isn't a greater

16         presumption than the presumption of

17         innocence.  The People must prove him guilty

18         beyond a reasonable doubt.

19                 Before you can convict someone of any

20         crime, you must be convinced beyond a

21         reasonable doubt as to each element contained

22         in that count of the indictment.  Even if you

23         have a reasonable doubt as to one of those

24         elements, even if there are 6 of 7 or 8

25         elements, if you have a doubt as to one of

1

2   those elements, your verdict must be not

3   guilty.

4        Now, we just said that the burden is on

5   the People to prove Mr. Zheng guilty.  Now,

6   who are the People?  You and I are the

7   people.  Everyone in this courtroom is the

8   people.  And my client Zheng Hai Guang is

9   also one of the people that we are talking

10  about.  By his plea of not guilty Mr. Zheng

11  has told you that, I did not commit these

12  crimes.  I am innocent of these crimes.  And

13  Mr. District Attorney, the burden is on you

14  at this stage to prove me guilty beyond a

15  reasonable doubt.

16        In this trial the burden is on

17  Mr. Kessler.  And we, the defense, don't have

18  any burden whatsoever.  We don't have to do

19  anything.  We don't have to call any

20  witnesses.  But Zheng Hai Guang went one step

21  further in this trial.  He testified before

22  you and you had an opportunity to look at

23  him, hear him testify, and make a decision

24  based on his credibility.  He told you why

25  things occurred and his reasons for the

1              Summation - Defendant        1008

2    events that occurred and what occurred.

3        And I submit to you, ladies and

4    gentlemen of the jury, when you're in the

5    jury room and you're considering all of the

6    evidence, you will see that the District

7    Attorney has failed to sustain his burden and

8    your vote must be not guilty.

9        The first point that I would like to

10    bring up to you, when we are considering the

11    evidence, is that Zheng Hai Guang was not

12    born in this country.  He was brought here

13    for the sum of $30,000, a very huge amount of

14    money.  And let's remember also the customs

15    and traditions in other country are not the

16    same as they are in the United States.  The

17    $30,000 was a great deal of money.  And he

18    was brought here by Ak Guan.  And because he

19    didn't have the entire amount, he was forced

20    to do whatever Ak Guan wanted him to do.  And

21    his very existence in this country and the

22    existence of his parents in China was up to

23    what Ak Guan wanted Zheng Hai Guang to do.

24    If he did not listen to him and do what Ak

25    Guan wanted him to do, my client and his

1.          Summation - Defendant              1009

2.     family would be killed, and he testified to

3.     that on the witness stand.

4.          While this may not be normal to us in

5.     this country, but let's not be naive.  And we

6.     know that other practices occur in other

7.     countries that are not familiar to us here.

8.     And these customs then carry over when the

9.     people come to this country.

10.         I submit to you, members of the jury,

11.    that Zheng Hai Guang was very fearful for his

12.    life and the life of his parents.  If he did

13.    not do the things that Ak Guan made him do

14.    here, he would not be here today.  And who

15.    knows whether his parents would still be

16.    living in China.

17.         And I ask you, when you're in the jury

18.    room, consider his intent and see whether his

19.    intent was to do a kidnapping for ransom, or

20.    was his intent to save his own life and the

21.    life of his parents.  That is what you have

22.    to consider when you're in the jury room.

23.         The first thing I would like to talk to

24.    you -- the next thing I would like to talk to

25.    you about is the alleged statement that my

1

2      client made.  You will see that there is a

3      three-page statement that my client allegedly

4      made while speaking to Detective Ng.  And not

5      only that, my client signed -- signs the

6      statement Detective Ng testified to and

7      initials any changes.

8          This is wonderful, your Honor, members

9      of the jury.  But let's remember something.

10     My client does not speak, read, or write

11     English.  But Detective Ng made sure the

12     statement appears plausible.  He has him sign

13     it.  He doesn't know what is in there.  He

14     cannot read the statement.  He initials

15     changes.  He doesn't know what is happening.

16         But if one asked, well, then if he

17     doesn't know what it said, why did he do

18     this?  Remember what he testified to on the

19     witness stand.  He testified that he was

20     beaten; he was hit and beaten.  And that is

21     why he did what the police wanted him to do

22     by signing the statement, even if he didn't

23     know what it said.

24         He even said he did not make the

25     statement, but to protect himself he did what

1                       Summation - Defendant          1011

2          they want because he was fearful of his life.

3          And when you're evaluating and considering

4          this statement, consider the threats and the

5          force that was used against him.  Remember

6          "the insult" that he said that occurred on

7          him when Detective Ng said, you raped the

8          females?  He said there wasn't a greater

9          insult to him than that insult.

10              Now, Detective Ng stated that these were

11         Mr. Zheng's exact words, and that he wrote it

12         down.  And the only changes he made is if

13         Zheng Hai Guang did not speak grammatically

14         correct, he changed the grammar, crossed it

15         out, and had my client correct it and

16         initial.  And I submit to you, don't worry so

17         much about the grammar.  Worry about the more

18         important thing.  Be a detective.

19              My client mentioned Ak Guan, who was the

20         ringleader of it and was the one who made --

21         forced him to do that.  Detective Ng, instead

22         of worrying about the grammar, what he should

23         be doing is trying to find out who Ak Guan

24         is, where he lives, where he hangs out, so he

25         can arrest him and get the true culprit of

1        Summation - Defendant              1012

2    these crimes.

3        Next, Mr. Kessler may say he wasn't

4    beaten.  He will bring out pictures of my

5    client.  Remember those pictures were taken

6    during the lineup.  The statement was made

7    allegedly over two hours after the lineup.

8    So those pictures will not show when the

9    beating occurred.  My client testified that

10   the beatings occurred after the lineup, not

11   before.  I ask you consider that when you are

12   evaluating all the testimony that was

13   produced during this trial.

14        It's very smart of the police officer to

15   wait till after pictures are taken to coerce,

16   force, and hit my client, because that way

17   they can say, look at the pictures.  I don't

18   see anything on the pictures that would show

19   he was beat up.  But members of the jury,

20   consider when those pictures were taken and

21   when the beatings occurred.

22        Zheng Hai Guang also told you that he

23   did not make this statement.  He started to

24   tell Detective Ng what occurred, but then

25   that was not what Detective Ng wanted to

1

2    hear, because it was different than the

3    information he had.

4        Detective Ng testified that he had

5    spoken to one of the males, so he knew what

6    happened.  He had spoken to the females.  The

7    females had been spoken to a few hours

8    previously, so he knew what they were saying.

9    And he wanted to put in this statement

10   something to corroborate what they said

11   occurred.  And if my client wasn't going to

12   tell him exactly what he wanted to hear, he

13   was going to write down whatever he wanted.

14   There would be no way for my client to read

15   this and say, this isn't what happened.  This

16   isn't what I said, cause he can't read this.

17   So he didn't know what is said, what is in

18   the statement.

19       But Detective Ng still had him sign it.

20   I say this statement is not worth the paper

21   it is written on.  It is much easier just to

22   write down what you want to write down and

23   then come in here and testify to it, then

24   listening and trying to piece together what

25   happened based on the actual facts.  Find out

1          Summation - Defendant          1014

2     where Ak Guan is, who had terrorized my

3     client, and Zheng Qin.

4          Now, Detective Ng also stated that he

5     wrote down everything that my client said.

6     But ladies and gentlemen, he didn't.

7     Remember he was asked, did you ask him about

8     the rapes?  Yes.  And what did Zheng Hai

9     Guang tell you about the rapes.  He said, you

10    insulted me.  I never raped anyone.  But

11    nowhere in this statement, unfortunately, is

12    the word rape ever used.  And nowhere is

13    there in this statement that Zheng Hai Guang

14    denied ever raping the women and specifically

15    told him.  If Detective Ng wants to appear so

16    unbiased and unprejudiced and do what he is

17    supposed to do, then that statement -- he

18    would have written these statements in this

19    statement.  But he did not.  Consider that

20    when evaluating his testimony and the use of

21    this statement.

22         The statement he said started at 6:15

23    and ended at 7:20.  He was in for over an

24    hour with my client, where my client

25    allegedly spoke to him.  And thereafter he

Summation - Defendant                1015

1

2       wrote down the statement.  If he is a good

3       detective, what he is going to be pressing

4       during that time is not what my client tells

5       him happened or didn't happen.  The females

6       were there and everyone else there was there.

7              What he would be doing is pressing him

8       where Ak Guan is, where is the culprit in the

9       crime?  Where does he live?  How do you get

10      in touch with you -- how does he get in touch

11      with you?  Do you have a phone or beeper

12      number?  Where do you meet him?  Where does

13      he hang out?  But Detective Ng never did any

14      of that.  Nowhere in this statement is it

15      ever said, I attempted to find out where Ak

16      Guan hung out or where he is or anything

17      else.  Detective Ng was completely deficient

18      in his job as a police officer, and I ask you

19      to consider that when evaluating this case.

20             The next thing I would like to go over

21      with you is police officers and their work

22      and what they're supposed to do.  Police

23      officers are trained.  They have a lot of

24      training at the police academy.  And they

25      know that when an incident occurs, the

1        Summation - Defendant        1016

2        incident is going to go to trial many, many

3        months later.  In this case, this incident

4        happened in the first week of April.  We are

5        now in July over a year later, in fact 15

6        months later.  And what are police officers

7        trained to do most?  Paperwork.

8            Remember Detective Greene came in here

9        with three big files, you know, with numerous

10       paperwork.  He was coordinator of this job.

11       Police officers know that nothing is more

12       important for them to do at the time an

13       incident is unfolding and right afterward but

14       to do their paperwork and get their paperwork

15       correct.

16           Ladies and gentlemen, I submit to you,

17       try to remember something that happened last

18       April and see how much memory you have of

19       exact details.  This incident occurred 15

20       months ago.  And as such, you're not going to

21       remember many things about something.

22       Especially Detective Greene, who since that

23       time has made many other arrests and been

24       involved in many other cases.  He's not going

25       to remember when anyone told him.  The way he

Case 1:16-cv-01166-RJD   Document 8-9   Filed 11/30/16   Page 155 of 157 PageID #: 1483

1

2    would do that is to do the paperwork and do

3    the paperwork properly.

4.         He said he spoke to both females.  And

5    what was he doing while he spoke to both

6    females, he was taking handwritten notes of

7    exactly what they said.  And what happened to

8    those handwritten notes, ladies and

9    gentlemen?  Do you think he is going to

10   remember what they said if he doesn't have

11   his handwritten notes and the other typed

12   notes?  Why, the only thing that he would

13   have to remember what occurred, what they

14   told him, would be these notes.  And they

15   would be detailed in the paperwork,

16   especially the handwritten notes which were

17   taken right then and there as he is speaking

18   to the females.

19         Now, he will tell you he didn't know

20   what happened to them or they're lost.  And I

21   submit to you that meanwhile he was taking

22   those notes.  And afterwards, when he was

23   comparing everything to what occurred, and as

24   things happened, that this paperwork and

25   those notes were not beneficial to what he

1      Summation - Defendant          1018

2      wanted you people to hear.  And what was told

3      would be beneficial to my client, Zheng Hai

4      Guang.  Then the people were corroborating,

5      the two females were corroborating what these

6      two people were saying.  That's why --

7          MR. KESSLER:  I object.  This is beyond

8      speculation now.

9          THE COURT:  Sustained.  Stick to the

10     evidence.

11         MR. SCHECTER:  Well, I am, your Honor,

12     and I'm submitting to them the reason that

13     they are not here is because they would be

14     beneficial to my client.  And I ask you

15     consider that when you're evaluating his

16     testimony and when you're in the jury room.

17         I submit to you also that he lost -- he

18     said he typed up a three-page report of one

19     of the females.  And that third page, once

20     again, is not around.  Once again, if that

21     report is beneficial to my client and is not

22     beneficial to the People, where is that

23     report?  And I submit to you the reason it is

24     not here is once again the information on

25     page 3 of that report is beneficial to my

1          Summation – Defendant          1019

2     client.  And that's the reason why we do not

3     have it here.

4          And I submit to you to consider that

5     when you're in the jury room evaluating his

6     testimony.  Why does he lose the reports of

7     the two females, the two people who can

8     really say what happened, not all the other

9     people who are tangentially involved in this

10    incident?

11         When you're in the jury room, ladies and

12    gentlemen, look at Detective Greene's

13    motivation for keeping these pages away from

14    you; why he did that, and where they are.

15    Don't let him and don't let the police

16    department get away with sloppy police work.

17    If someone you knew was sitting as a

18    defendant on trial, would you want vital

19    police records and reports to be lost?  How

20    would you deal with it?  And that's what I'm

21    asking you to do when you're in the jury room

22    when you're looking at it and evaluating the

23    testimony of the two females.

24         Let's start with what we do know.

25    Detective Banks testified that one gun was