11

Sentence - H. Zheng

which the defendant took Guo Bang Liu at gunpoint, drove him around the county, finally dropping him off in Kings County.

People would ask for a sentence of eight and a third to 25 years with regard to that count, which is the maximum sentence.

The sexual abuse counts, which defendant was convicted on in the first degree with the two women, in which prior to the rape the defendant, using threats and force and at gunpoint put his hands on the breasts of both women. That would be a Class D felony.

People would ask for two and a third to seven, which is the maximum sentence, to run consecutive to each other and to the A-1 kidnappings and the rapes.

With regard to criminal possession of a weapon in the second degree, which is a Class C felony, in which the defendant, during the course of the rapes, during the course of the kidnappings, during the course of the terrorization of these women, in fact, had an armed and operable handgun. And during the course of time when he was making threats to

kg

Sentence - H. Zheng

1
2  the family to kill them.
3      The People would ask for a sentence of
4  five to 15 years, which is the maximum
5  sentence that the law can impose, consecutive
6  to the kidnappings in the first degrees,
7  consecutive to the rapes, consecutive to the
8  sexual abuse.
9      Your Honor, basically the People are
10 asking this Court to sentence the defendant on
11 consecutive counts to the maximum on each and
12 every count. And we do that based upon the
13 facts that this Court learned during the
14 course of this trial.
15     The defendant's acts were terrorization,
16 heinous, he repeatedly raped these women, with
17 a co-defendant. Based upon all those factors,
18 the defendant should not receive any break
19 before this Court, whatsoever, and should
20 receive the maximum sentence of I believe the
21 total being eighty-four-and-two-thirds to
22 Life.
23     THE COURT: Do you want to be heard,
24 Mr. Schechter?
25     MR. SCHECHTER: Do I go first or does my

kg

Sentence - H. Zheng

client go first?

    THE COURT: Either one of you.

    MR. SCHECHTER: Do you want to make a statement?

    THE COURT: Do you want to make a statement, Mr. Zheng?

    THE DEFENDANT: Could I talk to my lawyer first?

    THE COURT: Yes.

    (Whereupon, there was a pause in the proceedings.)

    THE COURT: Go ahead.

    THE DEFENDANT: Well, last time when the jury find me guilty they didn't explain why I'm guilty, on what basis they feel I'm guilty. So could I ask them to explain on what basis they convicted me?

    THE COURT: Is that his statement?

    THE DEFENDANT: This is one reason. Another reason is that during the jury selection, my cases involving with sexual sort of conduct, so after the second day after the jury selection I just demanded that the juror will be half male, half female.

```
 1              Sentence - H. Zheng
 2        So I just want to listen to the
 3   explanation for the conviction.
 4        THE COURT: The jury does not have to give
 5   an explanation.
 6        THE DEFENDANT: Because none of us here
 7   know how they find me guilty.
 8        THE COURT: Is that your statement?
 9        THE DEFENDANT: Yes.  On the second day
10   after I testified, I really want to tell the
11   jury some of my things.  And I talked to you,
12   you said, well, some of those things I should
13   keep to myself.  So I feel it's great regret
14   because I didn't speak to what I want to say.
15   So I feel it's unfavor.
16        THE COURT: Thank you.
17        Mr. Schechter, do you have anything to
18   say?
19        MR. SCHECHTER: Your Honor, I don't want to
20   get into the facts of the case because your
21   Honor has heard the facts.
22        But I would note, your Honor, defendant is
23   28 years of age, he has no prior criminal
24   convictions, your Honor.  He was born in China
25   and came here approximately three years ago
```

Sentence - H. Zheng

illegally and he was charged $30,000 to come here. And as it came out during the trial, your Honor, he still owes a lot of money to the person who made him do that.

Obviously that was brought out to the jury; your Honor did not feel that defense was appropriate. But I would ask that your Honor take that into consideration in sentencing.

He is one of two children; the other child died while very young, when he was only five or six, your Honor. He was raised by his parents and came here hopefully to make money and send it back to China so his parents would end up coming here or having a better life in China, your Honor.

I would note that the probation report does say that he was cooperative during the interview, your Honor, and as such, your Honor, the defendant denies, denied to probation, like he did while he was on the witness stand, that that was his intent, kidnapping, terrorizing, and he denies raping the females.

Your Honor, what I believe here, this was

kg

Sentence - H. Zheng

part and parcel of one complete incident. This was not a separate and distinct incident, and I would ask your Honor, when you do sentence him, you sentence him to concurrent time.

Due to the fact this is not separate and distinct, this is really one incident, and as such, your Honor, he should not be given consecutive time, your Honor.

Especially, Mr. Kessler was saying-- I believe the sexual abuse counts, your Honor, would be part and parcel of the rape counts and should not be consecutive time, but I believe everything should be concurrently run together.

THE COURT: This is a case, a situation which is a horrendous situation. Apparently this gentleman came to this country illegally at a charge of $30,000 for the person that got him into this county illegally.

In order to apparently work off that fee that he owes to this person for getting him into this country illegally, he agreed to participate in this kidnapping, which he was

```
 1              Sentence - H. Zheng
 2   convicted for.
 3         He shows no remorse, continues-- although
 4   by his own testimony he is involved in the
 5   kidnapping, he shows no remorse for what he
 6   did and he still maintains that he should not
 7   be found guilty.
 8         Now, defendant is an illegal alien, he has
 9   very little education, very sporadic
10   employment history and, of course,
11   incarceration is mandatory.
12         And we also have to take into account the
13   lasting effects that this is likely to have
14   upon the victims.  These victims were innocent
15   victims.  They didn't even intend to kidnap
16   these people, they had intended to kidnap
17   other people and then charge them ransom to
18   work off his fee for being an illegal alien,
19   getting to this country illegally.
20         This is very pervasive, and we have to put
21   a stop to this.  And in considering the impact
22   on the victims and the horrendous nature, the
23   heinous nature of this crime, I'm going to
24   sentence the defendant as follows:
25         Under Indictment 3282 of '95, the
```

18

Sentence - H. Zheng

1  defendant Hai Guang Zheng is hereby sentenced
2  to the custody of the New York State
3  Department of Correctional Services for the
4  following period of time:
5      For the crime of kidnapping in the first
6  degree, under count one of the indictment, the
7  defendant shall serve an indeterminate term of
8  imprisonment, the minimum of which shall be 25
9  years, the maximum of which shall be Life.
10     For the crime of kidnapping in the first
11 degree, under count two of the indictment, the
12 defendant shall serve an indeterminate term of
13 imprisonment, the minimum of which shall be 25
14 years, the maximum of which shall be Life.
15     For the crime of kidnapping in the first
16 degree, under count five in the indictment,
17 the defendant shall serve an indeterminate
18 term of imprisonment, the minimum of which
19 shall be 25 years, the maximum of which shall
20 be Life.
21     For the crime of kidnapping in the first
22 degree, under count six, the defendant shall
23 serve an indeterminate term of imprisonment,
24 the minimum of which shall be 25 years, the

kg

Sentence - H. Zheng

maximum of which shall be Life.

For the crime of rape in the first degree, under count seven in the indictment, the defendant shall serve an indeterminate term of imprisonment, the minimum of which shall be eight and a third years, the maximum of which shall be 25 years.

For the crime of rape in the third degree, under count eight of the indictment, the defendant shall serve an indeterminate term of imprisonment, the minimum of which shall be eight and a third years, the maximum of which shall be 25 years.

For the crime of kidnapping in the second degree, under count nine of the indictment, the defendant shall serve an indeterminate term of imprisonment, the minimum of which shall be eight and a third years, the maximum of which shall be 25 years.

For the crime of sexual abuse in the first degree, under count ten of the indictment, the defendant shall serve an indeterminate term of imprisonment, the minimum of which shall be two and a third years, the maximum of which

Sentence - H. Zheng

shall be seven years.

For the crime of sexual abuse in the first degree, under count 11 in the indictment, the defendant shall serve an indeterminate term of imprisonment, the minimum of which shall be two and a third years, the maximum of which shall be seven years.

For the crime of criminal possession of a weapon in the second degree, under count 12 of the indictment, the defendant shall serve an indeterminate term of imprisonment, the minimum of which shall be five years, the maximum of which shall be 15 years.

All these terms are to run consecutively, except for the kidnapping in the first degree, count five, and the kidnapping in the first degree, count six, which shall run concurrently with the previously mentioned sentences.

COURT CLERK: Sir, as a condition of this sentence you're also subject to a mandatory surcharge of $150 and a $5 victim crime fee.

Also, you have a right to appeal to the Appellate Division, Second Department, within

Sentence - H. Zheng

thirty days and, in addition, upon proof of your financial inability to retain counsel and to pay the cost and expenses of the appeal, you have the right to apply to the Appellate Division, Second Department, for the assignment of counsel and for leave to prosecute the appeal as a poor person and to dispense with printing.

The Appellate Division, Second Department, is located at 45 Monroe Place, Brooklyn, New York 11201.

All right, take him back.

* * * * * * *

CERTIFIED TO BE A TRUE AND ACCURATE TRANSCRIPT OF THE ORIGINAL STENOGRAPHIC MINUTES TAKEN OF THIS PROCEEDING.

_____
KARYN S. GUTKIN
Senior Court Reporter