```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
HAI GUANG ZHENG,
                                                                    JUDGMENT
                                                                    16 CV 1166 (RJD)
                        Petitioner,

        -against-

WARDEN, SING SING CORRECTIONAL
FACILITY,

                        Respondent.
-------------------------------------------------------------X
```

A Memorandum and Order of Honorable Raymond J. Dearie, United States District Judge having been filed on September 18, 2019, denying Petitioner's petition for relief under 28 U.S.C. § 2254 in its entirety; and denying the issuance of a certificate of appealability; it is

ORDERED and ADJUDGED that Petitioner's petition for relief under 28 U.S.C. § 2254 is denied in its entirety; and that no certificate of appealability shall issue.

Dated: Brooklyn, New York  
       September 19, 2019

Douglas C. Palmer  
Clerk of Court

by:    */s/ Jalitza Poveda*  
       Deputy Clerk